Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Adrianne**<br>First name<br>**Dawn**<br>Middle name<br>**Foyt**<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | **Leonard**<br>First name<br>**Clarence**<br>Middle name<br>**Foyt**<br>Last name<br>**Jr**<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Adrianne**<br>First name<br>**Dawn**<br>Middle name<br>**Hooper**<br>Last name<br><br>**Adrianne**<br>First name<br>**Dawn**<br>Middle name<br>**Martin**<br>Last name<br><br>**(fdba) Rig Gals Cleaning Service**<br>Business name (if applicable)<br><br>**(dba) Raker Utilities**<br>Business name (if applicable)<br><br>See continuation page. | **Lenard**<br>First name<br>**C**<br>Middle name<br>**Foyt, Jr**<br>Last name<br><br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **6 4 6 6**<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - **0 6 5 8**<br>OR<br>**9**xx - xx - __ __ __ __ |

Debtor 1     **Adrianne**     **Dawn**     **Foyt**
Debtor 2     **Leonard**     **Clarence**     **Foyt, Jr**

First Name     Middle Name     Last Name

Case number *(if known)*

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___<br><br>EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___ | EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___<br><br>EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___ |

**5. Where you live**

**7900 Clearview Ct.**
Number    Street

**Cresson, TX 76035**
City    State    ZIP Code

**Hood**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

**P.O. Box 304**
P.O. Box

**Cresson, TX 76035**
City    State    ZIP Code

**If Debtor 2 lives at a different address:**

Number    Street

City    State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City    State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

| Debtor 1 | Adrianne | Dawn | Foyt | |
|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |
| District | When | Case number |
| | MM / DD / YYYY | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No.
☑ Yes.

| Debtor **LA Services, LLC** | Relationship to you **Debtor** |
|---|---|
| District **Northern District of Texas**   When **04/30/2025** MM / DD / YYYY | Case number, if known **25-41496-MXM-7** |
| Debtor | Relationship to you |
| District   When MM / DD / YYYY | Case number, if known |

**11. Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

    ☑ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____

_____
City                                    State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.      I am not filing under Chapter 11.

☐ No.      I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.     I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 4:** Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

---

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard? _____
_____
_____

If immediate attention is needed, why is it needed?
_____
_____
_____

Where is the property? _____

Number          Street

_____

City          State     ZIP Code

---

Official Form 101      **Voluntary Petition for Individuals Filing for Bankruptcy**      page 5

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

<table>
<tr><td style="background:black;color:white"><strong>Part 5:</strong></td><td>Explain Your Efforts to Receive a Briefing About Credit Counseling</td></tr>
</table>

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

   ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7. Go to line 18.
☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Adrianne Dawn Foyt** _____
Adrianne Dawn Foyt, Debtor 1
Executed on **07/31/2025** _____
MM/ DD/ YYYY

X **/s/ Leonard Clarence Foyt, Jr** _____
Leonard Clarence Foyt, Jr, Debtor 2
Executed on **07/31/2025** _____
MM/ DD/ YYYY

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Daniel Sylvan Wright**
Signature of Attorney for Debtor

Date **07/31/2025**
MM / DD / YYYY

**Daniel Sylvan Wright**
Printed name

**Machi & Associates, PC**
Firm name

**1521 N. Cooper Street Suite 550**
Number      Street

**Arlington**                              **TX**   **76011**
City                              State   ZIP Code

Contact phone **(817) 335-8880**      Email address **dwright@tedmachi.com**

**24037742**                              **TX**
Bar number                              State

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**Additional Items:** Continuation Page

**2. All other names you have used in the last 8 years (cont.)**

Include your married or maiden names and any assumed, trade names and *doing business as* names.

Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition.

**About Debtor 1:**

Adrianne
First name

Dawn
Middle name

Denton
Last name

**About Debtor 2 (Spouse Only in a Joint Case):**

First name

Middle name

Last name

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

1.1 **(2) Burial Plots**

Street address, if available, or other description

**1430 4th Street**

**Graham, TX 76450**

City State ZIP Code

**Young**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other **Burial Plots**

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

**Source of Value:** **Price Paid in 1991**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$180.00**

**Current value of the portion you own?** **$180.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ................................................................ → | **$180.00** |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

Official Form 106A/B **Schedule A/B: Property** page **1**

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**          Case number *(if known)* _____

---

3.1   Make: **GMC**

Model: **Sierra 2500 Denali Pickup**

Year: **2020**

Approximate mileage: _____

Other information:

> **Source of Value: JD Power**

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $53,258.00 | $53,258.00 |

---

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

4.1   Make: _____

Model: _____

Year: _____

Other information:

> _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| _____ | _____ |

---

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................. ➜

| |
|---|
| $53,258.00 |

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. .........

> **Washer, Dryer, Refrigerator, Stove, Pots, Pans, Dishes, Plates, Cups, Bowls, Silverware, Cooking utensils, Crock pots, Mixer, Kitchenware, Small Appliances, Kitchen table and (4) chairs, Home decor, Plants, Couch, (2) Chairs, Shelf, Pictures, Coffee table, Curtains, Pillows, King size bed, Full Size Bed (2) Night stands, (2) Dressers, (3) Shelves, (2) Wall mirrors, (2) Round end tables, Storage bench, Bedding, Electric blanket, Bed spread, Porch swing, Outdoor chairs, (3) End tables, Couch, Misc. household goods, tools and furnishings**

$5,425.00

---

Debtor __**Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**__          Case number *(if known)* _____

---

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. .........

   | **(2) Cell phones, (4) Televisions, Laptop computer, Printer, Misc. electronics** | **$1,500.00** |

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .........

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........

    | **40 Pistol, 20 Gauge Shotgun** | **$700.00** |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. .........

    | **Everyday clothes, Pants, Shorts, Shirts, Dresses, Tank tops, Sweaters, Jackets, Under garments, Boots, Wedges, Tennis shoes, Sandles, Misc. clothing and accessories** | **$500.00** |

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No

    ☑ Yes. Describe. .........

    | **(2) Diamond wedding rings, (2) Watches, Earrings, Necklaces, (2) Diamond rings, Misc. costume jewelry** | **$4,000.00** |

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........

    | **(1) Dog** | **$1.00** |

---

Debtor  **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**                     Case number *(if known)* _____

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific
information. ............ [                                          ]                    _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here** ....................................................................................➜  | **$12,126.00** |

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

   *Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes ............................................................................................................ Cash: ................   | **$113.00** |

17. **Deposits of money**

   *Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses,
   and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes .....................                      Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **First Financial Bank** <br> **Account Number: 8603** | **$340.49** |
| 17.2. Checking account: | **First Financial Bank** <br> **Account Number: 8539** | **$600.01** |
| 17.3. Checking account: | **First Financial Bank - Business Banking Account** <br> **Account Number: 8827** | **$170.00** |
| 17.4. Other financial account: | **Cash App** | **$0.00** |
| 17.5. Other financial account: | **PayPal** | **$0.00** |
| 17.6. Other financial account: | **Venmo** | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes ..................... Institution or issuer name:

   _____        _____

   _____        _____

   _____        _____

---

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**          Case number *(if known)* _____

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No

    ☑ Yes. Give specific information about them....................

    Name of entity:                                                    % of ownership:

    **LA Services, LLC -**                                              **100.00%**
    **Bankruptcy Case #25-41496-MXM-7**
    **Trustee is Laurie Dahl Rea**                                                              **$0.00**
    **All Assets and Debts are in the schedules**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific information about them....................

    Issuer name:

    _____

    _____

    _____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No

    ☐ Yes. List each account separately.

    Type of account:        Institution name:

    401(k) or similar plan: _____

    Pension plan: _____

    IRA: _____

    Retirement account: _____

    Keogh: _____

    Additional account: _____

    Additional account: _____

---

Debtor   **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**                    Case number *(if known)* _____

---

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:*   Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ☑ No

   ☐ Yes ..................... Institution name or individual:

   Electric: _____   _____

   Gas: _____   _____

   Heating oil: _____   _____

   Security deposit on rental unit: _____   _____

   Prepaid rent: _____   _____

   Telephone: _____   _____

   Water: _____   _____

   Rented furniture: _____   _____

   Other: _____   _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ..................... Issuer name and description:

   _____   _____

   _____   _____

   _____   _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

   ☑ No

   ☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

   _____   _____

   _____   _____

   _____   _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

   ☑ No

   ☐ Yes. Give specific information about them. ...   _____   _____

---

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**                Case number *(if known)* _____

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
    information about them. ...                                                          _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
    information about them. ...                                                          _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

    Federal:                _____

    State:                  _____

    Local:                  _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
    settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony:               _____

    Maintenance:           _____

    Support:               _____

    Divorce settlement:    _____

    Property settlement:   _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........                                            _____

---

Debtor __Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence__                    Case number *(if known)* _____

---

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ❑ Yes. Name the insurance company
    of each policy and list its value. ...    Company name:                    Beneficiary:                    Surrender or refund value:

    _____    _____    _____

    _____    _____    _____

    _____    _____    _____

32. **Any interest in property that is due you from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☑ No

    ❑ Yes. Give specific information. ........    _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ❑ Yes. Describe each claim. .............    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ❑ Yes. Describe each claim. .............    _____

35. **Any financial assets you did not already list**

    ☑ No

    ❑ Yes. Give specific information. ........    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .................................................................................................➔    **$1,223.50**

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ❑ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **8**

Debtor __**Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**__    Case number *(if known)* _____

---

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. .........  [                    ]    _____

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe. .........  [                    ]    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. .........  [                    ]    _____

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. .........  [                    ]    _____

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe .......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

        ☐ No

        ☐ Yes. Describe. .........  [                    ]    _____

---

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**                    Case number *(if known)* _____

---

44. **Any business-related property you did not already list**

   ☑ No

   ☐ Yes. Give specific
   information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ......................................................................................................... ➜ | $0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|

   **If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.

   ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

   *Examples:* Livestock, poultry, farm-raised fish

   ☑ No

   ☐ Yes ........................

48. **Crops—either growing or harvested**

   ☑ No

   ☐ Yes. Give specific
   information. ............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

   ☑ No

   ☐ Yes ........................

50. **Farm and fishing supplies, chemicals, and feed**

   ☑ No

   ☐ Yes ........................

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**          Case number *(if known)* _____

---

51. **Any farm- and commercial fishing-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...........................................................................  ➔  $0.00

---

### Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

    *Examples:* Season tickets, country club membership

    ☑ No

    ☐ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  ➔  $0.00

---

### Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...........................................................................................................  ➔  $180.00

56. **Part 2: Total vehicles, line 5**                                          $53,258.00

57. **Part 3: Total personal and household items, line 15**                   $12,126.00

58. **Part 4: Total financial assets, line 36**                                $1,223.50

59. **Part 5: Total business-related property, line 45**                          $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                 $0.00

61. **Part 7: Total other property not listed, line 54**              +           $0.00

62. **Total personal property.** Add lines 56 through 61. ...............   $66,607.50   Copy personal property total ➔  +  $66,607.50

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .......................................................   $66,787.50

---

Fill in this information to identify your case:

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern**     District of **Texas**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ❑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **(2) Burial Plots** **1430 4th Street Graham, TX 76450** Line from *Schedule A/B:* **1.1** | **$180.00** | ☑ **$180.00** ❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ❑ No
      ❑ Yes

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

### Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Washer, Dryer, Refrigerator, Stove, Pots, Pans, Dishes, Plates, Cups, Bowls, Silverware, Cooking utensils, Crock pots, Mixer, Kitchenware, Small Appliances, Kitchen table and (4) chairs, Home decor, Plants, Couch, (2) Chairs, Shelf, Pictures, Coffee table, Curtains, Pillows, King size bed, Full Size Bed (2) Night stands, (2) Dressers, (3) Shelves, (2) Wall mirrors, (2) Round end tables, Storage bench, Bedding, Electric blanket, Bed spread, Porch swing, Outdoor chairs, (3) End tables, Couch, Misc. household goods, tools and furnishings** | **$5,425.00** | ☑ **$5,425.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Line from *Schedule A/B:* **6** | | | |

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page **2** of **5**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 2:**   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **(2) Cell phones, (4) Televisions, Laptop computer, Printer, Misc. electronics**<br><br>Line from *Schedule A/B:*   **7** | **$1,500.00** | ☑ **$1,500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **40 Pistol, 20 Gauge Shotgun**<br><br>Line from *Schedule A/B:*   **10** | **$700.00** | ☑ **$700.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Everyday clothes, Pants, Shorts, Shirts, Dresses, Tank tops, Sweaters, Jackets, Under garments, Boots, Wedges, Tennis shoes, Sandles, Misc. clothing and accessories**<br><br>Line from *Schedule A/B:*   **11** | **$500.00** | ☑ **$500.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **(2) Diamond wedding rings, (2) Watches, Earrings, Necklaces, (2) Diamond rings, Misc. costume jewelry**<br><br>Line from *Schedule A/B:*   **12** | **$4,000.00** | ☑ **$4,000.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description: **(1) Dog**<br><br>Line from *Schedule A/B:*   **13** | **$1.00** | ☑ **$1.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description: **Cash on Hand**<br><br>Line from *Schedule A/B:*   **16** | **$113.00** | ☑ **$113.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **First Financial Bank**<br>**Checking account**<br>**Acct. No.: 8603**<br><br>Line from *Schedule A/B:* **17** | **$340.49** | ☑ | **$340.49**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ | **$0.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **PayPal**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ | **$0.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **First Financial Bank**<br>**Checking account**<br>**Acct. No.: 8539**<br><br>Line from *Schedule A/B:* **17** | **$600.01** | ☑ | **$600.01**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash App**<br>**Other financial account**<br><br>Line from *Schedule A/B:* **17** | **$0.00** | ☑ | **$0.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **First Financial Bank - Business Banking Account**<br>**Checking account**<br>**Acct. No.: 8827**<br><br>Line from *Schedule A/B:* **17** | **$170.00** | ☑ | **$170.00**<br><br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

---

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | $0.00 | | |
| | | ☑ $0.00 | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B:* ___19___ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C                    **Schedule C: The Property You Claim as Exempt**                    page _5_ of _5_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:        **Foyt, Adrianne Dawn**                         CASE NO

        **Foyt Jr, Leonard Clarence**                 CHAPTER **7**

## <u>SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)</u>

<u>**Exemption Totals by Category:**</u>

(Values and liens of surrendered property are NOT included in this section)                 Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real Estate | $180.00 | $0.00 | $180.00 | $180.00 | $0.00 |
| 3. | Motor vehicle | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $5,425.00 | $0.00 | $5,425.00 | $5,425.00 | $0.00 |
| 7. | Electronics | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 11. | Clothes | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 12. | Jewelry | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 13. | Nonfarm animals | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $113.00 | $0.00 | $113.00 | $113.00 | $0.00 |
| 17. | Deposits of money | $1,110.50 | $0.00 | $1,110.50 | $1,110.50 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Foyt, Adrianne Dawn**                              CASE NO

            **Foyt Jr, Leonard Clarence**                       CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                      Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Foyt, Adrianne Dawn**                              CASE NO

   **Foyt Jr, Leonard Clarence**                              CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                              Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$13,529.50** | **$0.00** | **$13,529.50** | **$13,529.50** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Foyt, Adrianne Dawn**                              CASE NO

        **Foyt Jr, Leonard Clarence**                          CHAPTER  **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| 2020 GMC Sierra 2500 Denali Pickup | $53,258.00 | | $53,258.00 |
| **TOTALS:** | **$53,258.00** | **$0.00** | **$53,258.00** |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| **TOTALS:** | **$13,529.50** | **$0.00** | **$13,529.50** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Foyt, Adrianne Dawn**

**Foyt Jr, Leonard Clarence**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$13,529.50** |
| B. Gross Property Value of Surrendered Property | **$53,258.00** |
| C. Total Gross Property Value (A+B) | **$66,787.50** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$13,529.50** |
| H. Total Equity in surrendered items (B-E) | **$53,258.00** |
| I. Total Equity (C-F) | **$66,787.50** |
| J. Total Exemptions Claimed (Wild Card Used: $1,923.50, Available: $33,026.50) | **$13,529.50** |
| K. Total Non-Exempt Property Remaining (G-J) | **$0.00** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Adrianne**  **Dawn**  **Foyt** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | **Leonard**  **Clarence**  **Foyt, Jr** |
| | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **Northern**   District of   **Texas** |
| Case number (if known) | |

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**
    ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** **Advisory Financial Services, LLC** Creditor's Name **c/o Cantey Hanger LLP** **600 West 6th Street Suite 300** Number    Street **Fort Worth, TX 76102** City    State    ZIP Code | Describe the property that secures the claim: **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | **$560,483.48** | **$0.00** | **$560,483.48** |

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset)  _____

**Date debt was incurred** _____   **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Lawsuit C2025005

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$560,483.48** |
|---|---|

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** Additional Page | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **GM Financial** | Describe the property that secures the claim: | $64,704.00 | $53,258.00 | $11,446.00 |

Creditor's Name

**P.O. Box 181145**

| **2020 GMC Sierra 2500 Denali Pickup** |

Number        Street

**As of the date you file, the claim is:** Check all that apply.

**Arlington, TX 76096**

❏ Contingent

City        State        ZIP Code

❏ Unliquidated

❏ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

❏ Debtor 1 only

☑ An agreement you made (such as mortgage or secured car loan)

☑ Debtor 2 only

❏ Statutory lien (such as tax lien, mechanic's lien)

❏ Debtor 1 and Debtor 2 only

❏ Judgment lien from a lawsuit

❏ At least one of the debtors and another

❏ Other (including a right to offset) _____

❏ **Check if this claim relates to a community debt**

**Date debt was incurred** **04/18/2024**    **Last 4 digits of account number** ___ ___ ___ ___

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$64,704.00** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page<br><br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |

**2.3**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Hood Central Appraisal District**<br>Creditor's Name | Describe the property that secures the claim: | **$2,073.41** | **$0.00** | **$2,073.41** |

**P.O. Box 819**
Number     Street

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**Granbury, TX 76048**
City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number**   3   2   6   6

**2.4**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Hood Central Appraisal District**<br>Creditor's Name | Describe the property that secures the claim: | **$489.15** | **$0.00** | **$489.15** |

**P.O. Box 819**
Number     Street

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**Granbury, TX 76048**
City     State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number**   2   2   0   5

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$2,562.56** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

Debtor 1    **Adrianne        Dawn           Foyt**                    Case number *(if known)* _____

Debtor 2    **Leonard        Clarence        Foyt, Jr**
            First Name        Middle Name     Last Name

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | Additional Page | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Do not deduct the value of collateral. | | If any |

---

**2.5**

| **Hood Central Appraisal District** | Describe the property that secures the claim: | **$1,129.90** | **$0.00** | **$1,129.90** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 819**

> LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

Number        Street

**Granbury, TX 76048**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   **2   2   0   6**

---

**2.6**

| **Hood Central Appraisal District** | Describe the property that secures the claim: | **$3,569.43** | **$0.00** | **$3,569.43** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 819**

> LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

Number        Street

**Granbury, TX 76048**

City        State        ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number   **2   2   0   4**

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$4,699.33** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** Additional Page | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.7**

**Hood County Appraisal District**
Creditor's Name

**P.O. Box 819 - 1902**
Number       Street

**Granbury, TX 76048**
City       State       ZIP Code

Describe the property that secures the claim:

| $4,800.23 | $0.00 | $4,800.23 |
|---|---|---|

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

**2.8**

**SST/Medallion**
Creditor's Name

**P.O. Box 3999**
Number       Street

**Saint Joseph, MO 64503**
City       State       ZIP Code

Describe the property that secures the claim:

| $42,475.00 | $0.00 | $42,475.00 |
|---|---|---|

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

Date debt was incurred **03/14/2020**

**Nature of lien.** Check all that apply.
❏ An agreement you made (such as mortgage or secured car loan)
❏ Statutory lien (such as tax lien, mechanic's lien)
❏ Judgment lien from a lawsuit
❏ Other (including a right to offset) _____

Last 4 digits of account number **4  8  1  7**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $47,275.23 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** Additional Page | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.9** **Wellington State Bank**
Creditor's Name
**1343 N Plaza Dr.**
Number        Street

**Granbury, TX 76048**
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **2/1/2022**

Describe the property that secures the claim:          **$436,801.00**          **$0.00**          **$436,801.00**

**LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number   **4  1  3  3**

**2.10** **Wellington State Bank**
Creditor's Name
**1343 N Plaza Dr.**
Number        Street

**Granbury, TX 76048**
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim relates to a community debt**

**Date debt was incurred**   **05/04/2022**

Describe the property that secures the claim:          **$49,757.00**          **$0.00**          **$49,757.00**

**LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) _____

Last 4 digits of account number   **4  9  2  2**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$486,558.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.11**

**Wellington State Bank**
Creditor's Name

**1343 N Plaza Dr.**
Number          Street

_____

**Granbury, TX 76048**
City          State          ZIP Code

| | Column A | Column B | Column C |
|---|---|---|---|
| **Describe the property that secures the claim:** | $50,545.00 | $0.00 | $50,545.00 |

> **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.
❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Last 4 digits of account number** 5 0 3 7

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $50,545.00 | |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,216,827.60 | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: ___**Northern**___   District of ___**Texas**___

Case number
(if known)   _____

❑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.

☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Service** | Last 4 digits of account number  __ __ __ __ | **$56,141.38** | **$56,141.38** | **$0.00** |

Priority Creditor's Name

**Special Procedures - Insolvency**

**P.O. Box 7346**

Number          Street

**Philadelphia, PA 19101**

City          State          ZIP Code

**When was the debt incurred?**          **2021, 2022, 2023 & 2024**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations

☑ Taxes and certain other debts you owe the government

❑ Claims for death or personal injury while you were intoxicated

❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No

❑ Yes

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page  of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

❏ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 1st Access/TBOM/VT

Nonpriority Creditor's Name

**10182 Telesis Ct Suite 300**

Number          Street

**San Diego, CA 92121**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card** _____

**unknown**

### 4.2 Ability Recovery Services

Nonpriority Creditor's Name

**P.O. Box 4262**

Number          Street

**Scranton, PA 18505**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** 1 4 8 0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for Midland Emergency Management**

**$1,552.00**

| 4.3 | **Acton Municipal Utility District** | | **Last 4 digits of account number** | **5** **4** **0** **5** | **$245.12** |

Nonpriority Creditor's Name

**6420 Lusk Branch Ct.**

Number          Street

**When was the debt incurred?** _____

**Granbury, TX 76049**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

| 4.4 | **Adesa Dallas AA** | | **Last 4 digits of account number** | __ __ __ __ | **unknown** |

Nonpriority Creditor's Name

**3501 Lancaster Hutchins Rd.**

Number          Street

**When was the debt incurred?** _____

**Hutchins, TX 75141**

City          State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Unsecured**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.5**

**Ally Financial**
Nonpriority Creditor's Name

**P.O. Box 380903**
Number          Street


**Minneapolis, MN 55438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2022 Ram 2500

**Last 4 digits of account number**   **5   7   6   6**          **$59,712.12**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Auto Deficiency**

---

**4.6**

**Ally Financial**
Nonpriority Creditor's Name

**P.O. Box 380903**
Number          Street


**Minneapolis, MN 55438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2020 Chevrolet Silverado

**Last 4 digits of account number**   **4   9   6   5**          **$24,605.58**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Auto Deficiency**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                      **Total claim**

---

**4.7**

**Ally Financial**
Nonpriority Creditor's Name

**P.O. Box 380903**
Number          Street

**Minneapolis, MN 55438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2020 Ford F-350

**Last 4 digits of account number**   5   7   8   6          **$63,366.76**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Auto Deficiency**

---

**4.8**

**Ally Financial**
Nonpriority Creditor's Name

**P.O. Box 380903**
Number          Street

**Minneapolis, MN 55438**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2021 Ram 2500

**Last 4 digits of account number**   4   9   3   8          **$35,522.81**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Auto Deficiency**

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims – Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.9 Ally Financial

Nonpriority Creditor's Name

**P.O. Box 380903**

Number          Street

**Minneapolis, MN 55438**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** 2020 Ram 3500 Chassis

**Last 4 digits of account number** 5 8 4 8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Auto Deficiency**

**Total claim: $58,430.35**

### 4.10 Ally Financial

Nonpriority Creditor's Name

**P.O. Box 380903**

Number          Street

**Minneapolis, MN 55438**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Remarks:** 2022 Chevrolet Suburban

**Last 4 digits of account number** 5 8 0 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Auto Deficiency**

**Total claim: $80,744.08**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.11**

**Anozie LLP**
Nonpriority Creditor's Name

**c/o Jourdan Jackson Dukes**

**6120 Swiss Avenue #140838**
Number          Street

**Dallas, TX 75214**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collections**

**$13,986.80**

**Remarks:** Lawsuit 2024-005597-1

**4.12**

**Applied Bank**
Nonpriority Creditor's Name

**P.O. Box 17125**
Number          Street

**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 5 1 3

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Credit Card**

**$1,231.43**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.13** **APSCO Supply Inc.**

Nonpriority Creditor's Name

**1208 E. Washington St.**

Number          Street

**Stephenville, TX 76401**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **5 1 5 0**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

**4.14** **Aqua Texas, Granbury**

Nonpriority Creditor's Name

**2304 Christine Dr.**

Number          Street

**Granbury, TX 76048**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___          **$89,317.06**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.15**

**Aqua Texas, Inc.**
Nonpriority Creditor's Name

**762 W. Lancaster Avenue**
Number          Street

**Bryn Mawr, PA 19010**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number   6   2   8   2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

**$311.11**

**4.16**

**Aqua Texas, Inc.**
Nonpriority Creditor's Name

**1106 Clayton Lane Suite 400W**
Number          Street

**Austin, TX 78723**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number   __   __   __   __**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

**$11,081.36**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.17 Aqua Texas, Inc.

Nonpriority Creditor's Name

**762 W. Lancaster Avenue**

Number          Street

**Bryn Mawr, PA 19010**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❏ Yes

**Remarks:** LA Services LLC

**Last 4 digits of account number** **6 2 8 2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Utilities**

**$257.64**

### 4.18 Asset Compliant Solutions

Nonpriority Creditor's Name

**65 Lawrence Bell Dr.**

Number          Street

**Buffalo, NY 14221**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❏ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

**unknown**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.19 Associated Well Services Inc.**
Nonpriority Creditor's Name

**P.O. Box 16**
Number          Street

_____

**Stephenville, TX 76401**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services Rendered**

**Total claim: $2,428.57**

**4.20 AT&T**
Nonpriority Creditor's Name

**P.O. Box 630047**
Number          Street

_____

**Dallas, TX 75263**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 6 3 9 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Services Rendered**

**unknown**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.21** **AT&T Services**

Nonpriority Creditor's Name

**P.O. Box 5093**

Number          Street

_____

**Carol Stream, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** **0 1 6 8**          **$1,142.23**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Damage Claim**

---

**4.22** **Bank of MO/TV**

Nonpriority Creditor's Name

**P.O. Box 84930**

Number          Street

_____

**Sioux Falls, SD 57118**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.23** **Barr Credit Services**
Nonpriority Creditor's Name

**3444 N Country Club Rd. Suite 200**
Number          Street

**Tucson, AZ 85716**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **3   0   9   9**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Unsecured**

**Total claim:** **$20,738.45**

---

**4.24** **Baylor Scott & White Health**
Nonpriority Creditor's Name

**P.O. Box 1123**
Number          Street

**Minneapolis, MN 55440-1123**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical**

**Total claim:** **$500.00**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.25 Blue Cross Blue Shield

Nonpriority Creditor's Name

**P.O. Box 650615**

Number          Street

**Dallas, TX 75265**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number    6  4  7  7**          **$27,365.04**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

### 4.26 Bowden & Tanner, LLC

Nonpriority Creditor's Name

**1202 S. Morgan St.**

Number          Street

**Granbury, TX 76048**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number    1  5  2  0**          **$1,427.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.27**

**Brad Singer Law, PA**
Nonpriority Creditor's Name

**c/o Jalen Turner**

**P.O. Box 880305**
Number          Street

**Boca Raton, FL 33488**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Only**

**Total claim: unknown**

---

**4.28**

**Breanna Strong**
Nonpriority Creditor's Name

**326 CR 323**
Number          Street

**Tuscola, TX 79562**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Loans to Debtor**

**Total claim: $335.00**

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.      **Total claim**

### 4.29 Cantey Hanger LLP

Nonpriority Creditor's Name

**Cantey Hanger Plaza**

**600 West 6th Street Suite 300**
Number          Street

**Fort Worth, TX 76102**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

**Total claim: unknown**

### 4.30 Capital One

Nonpriority Creditor's Name

**P.O. Box 30285**
Number          Street

**Salt Lake City, UT 84130**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Total claim: $1,331.00**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.31** **Capital One**
Nonpriority Creditor's Name

**P.O. Box 30285**
Number        Street

**Salt Lake City, UT 84130**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __        **$475.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**4.32** **CareFlite**
Nonpriority Creditor's Name

**P.O. Box 660911**
Number        Street

**Dallas, TX 75266**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   3   4   6   1        **$30,325.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical**

| | |
|---|---|
| Debtor 1 | **Adrianne**   **Dawn**   **Foyt** |
| Debtor 2 | **Leonard**   **Clarence**   **Foyt, Jr** |
| | First Name   Middle Name   Last Name |

Case number *(if known)* _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.33** **Caterpillar Financial Services Corp.**
Nonpriority Creditor's Name

**P.O. Box 730681**
Number        Street

**Dallas, TX 75373**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

---

**4.34** **Caterpillar Financial Services Corp.**
Nonpriority Creditor's Name

**P.O. Box 340001**
Number        Street

**Nashville, TN 37203**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number **7 0 6 2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

**Remarks:** 2022 Caterpillar 305E2CR Mini Hydraulic Excavator S/N H5M15921

---

Official Form 106E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.35

**Caterpillar Financial Services Corp.**
Nonpriority Creditor's Name

**P.O. Box 340001**
Number          Street

_____

**Nashville, TN 37203**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **1 3 8 3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

**Remarks:** 2024 Caterpillar 303.5-07CR Hydraulic Excavator S/N RE904271,
2024 Cater pillar 303.5-07CR Hydraulic Excavator S/N RE904273

### 4.36

**Caterpillar Financial Services Corp.**
Nonpriority Creditor's Name

**P.O. Box 340001**
Number          Street

_____

**Nashville, TN 37203**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **7 0 6 2**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

**Remarks:** 2020 Caterpillar 305E2CR Mini Hydraulic Excavator S/N H5M15921

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims ─ Continuation Page** |
|---|---|

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** | **Total claim**

---

**4.37**  **Caterpillar Financial Services Corp.**

Nonpriority Creditor's Name

**P.O. Box 340001**

Number          Street

_____

**Nashville, TN 37203**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **9  9  0  5**          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Remarks:** 2019 Caterpillar 303.5E2CR Hydraulic Excavator S/N JWY06169 &
2022 Caterpillar 303-07CR Hydraulic Excavator S/N MY300779

---

**4.38**  **CCS/First Savings Bank**

Nonpriority Creditor's Name

**500 E 60th St.**

Number          Street

_____

**Sioux Falls, SD 57104**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3  3  6  0**          **$2,378.00**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.39**

**Celtic Bank/Continental Finance**
Nonpriority Creditor's Name

**268 S. State St. Suite 300**
Number        Street

**Salt Lake City, UT 84111**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Loan**

**unknown**

---

**4.40**

**Ciera Bank**
Nonpriority Creditor's Name

**623 Elm Street**
Number        Street

**Graham, TX 76450**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **5** **3** **5** **5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**$68.02**

| | | |
|---|---|---|
| Debtor 1 | **Adrianne** **Dawn** **Foyt** | Case number *(if known)* _____ |
| Debtor 2 | **Leonard** **Clarence** **Foyt, Jr** | |
| | First Name   Middle Name   Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.41** **Cintas**

Nonpriority Creditor's Name

**3450 Northern Cross Blvd.**

Number          Street

**Fort Worth, TX 76137**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **5   8   0   9**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$25,137.63**

**4.42** **Colonial Life**

Nonpriority Creditor's Name

**P.O. Box 903**

Number          Street

**Columbia, SC 29202**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$8,043.39**

Debtor 1 **Adrianne** **Dawn** **Foyt**   Case number *(if known)* _____

Debtor 2 **Leonard** **Clarence** **Foyt, Jr**
         First Name      Middle Name       Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.43 Comenity Bank/Victoria's Secret

Nonpriority Creditor's Name

**P.O. Box 182789**

Number          Street

_____

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** 5 6 1 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**unknown**

### 4.44 Comenity Capital/Academy

Nonpriority Creditor's Name

**P.O. Box 182120**

Number          Street

_____

**Columbus, OH 43218**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**unknown**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.45** **Credit Collection Services**

Nonpriority Creditor's Name

**725 Canton Street**

Number                Street

_____

**Norwood, MA 02062**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections**

**Total claim** **$310.00**

---

**4.46** **Credit Collection Services**

Nonpriority Creditor's Name

**P.O. Box 607**

Number                Street

_____

**Norwood, MA 02062**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections**

**unknown**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.47**

**Credit One Bank**
Nonpriority Creditor's Name

**P.O. Box 98872**
Number                Street

_____

**Las Vegas, NV 89193**
City            State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$513.00**

---

**4.48**

**Credit One Bank, N.A.**
Nonpriority Creditor's Name

**P.O. Box 98875**
Number                Street

_____

**Las Vegas, NV 89193**
City            State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **6  6  7  5**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$2,202.97**

---

Official Form 106E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.49 Crowell & Associates, Inc.
Nonpriority Creditor's Name

**P.O. Box 518**

Number          Street

_____

**Van Alstyne, TX 75495**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

### 4.50 DAM Properties LLC
Nonpriority Creditor's Name

**412 HCR 2200**

Number          Street

_____

**Aquilla, TX 76622**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**unknown**

**Remarks:** Lawsuit C2024263

| | |
|---|---|
| Debtor 1 **Adrianne    Dawn    Foyt** | Case number *(if known)* _____ |
| Debtor 2 **Leonard    Clarence    Foyt, Jr** | |
| First Name    Middle Name    Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.51**  **DAM Properties, LLC**
Nonpriority Creditor's Name

**c/o The Lawrence Firm, P.C.**

**3016 E. Hwy 377**
Number        Street

**Granbury, TX 76049**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Lawsuit C2024263

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$779,029.00**

**4.52**  **Davis Transportation LLC**
Nonpriority Creditor's Name

**314 Glade Valley Rd.**
Number        Street

**Azle, TX 76020**
City        State        ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**unknown**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.53 Diversified Adjustment Service, Inc.**
Nonpriority Creditor's Name

**P.O. Box 32145**
Number          Street

**Minneapolis, MN 55432**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     7  5  1  6**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**Total claim: $11,604.41**

---

**4.54 Domain Listings**
Nonpriority Creditor's Name

**P.O. Box 19607**
Number          Street

**Las Vegas, NV 89132**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number     4  2  2  3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**Total claim: $288.00**

---

Official Form 106E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|

| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
|---|---|---|---|

First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.55** **Donald L. Moore**

Nonpriority Creditor's Name

**800 North Industrial Blvd. Suite 106**

Number          Street

_____

**Euless, TX 76039**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**unknown**

---

**4.56** **Elite Recovery Service**

Nonpriority Creditor's Name

**100 N Bosque St.**

Number          Street

_____

**Whitney, TX 76692**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**unknown**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.57**

**EmergiFire LLC**
Nonpriority Creditor's Name

**P.O. Box 181839**
Number        Street

_____

**Dallas, TX 75228**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **0  1  1  7**

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$1,839.04**

---

**4.58**

**Employee Retention Credit**
Nonpriority Creditor's Name

**c/o Brad Singer Law, PA**

**P.O. Box 880305**
Number        Street

**Boca Raton, FL 33488**
City        State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only** _____

**unknown**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.   **Total claim**

### 4.59 EquipmentShare.com, Inc.
Nonpriority Creditor's Name

**P.O. Box 650429**
Number          Street

_____

**Dallas, TX 75265**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 0 1 3       **$3,369.86**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

### 4.60 Evergreen Power Solutions
Nonpriority Creditor's Name

**5336 Alpha Rd.**
Number          Street

_____

**Dallas, TX 75240**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 9 1 4 8       **$648.81**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Utilities**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.61**

**Ewing & Jones**
Nonpriority Creditor's Name

**6363 Woodway Suite 1000**
Number          Street

_____

**Houston, TX 77057**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

**$14,727.30**

**4.62**

**F.H. Cann & Associates, Inc.**
Nonpriority Creditor's Name

**P.O. Box 7**
Number          Street

_____

**North Andover, MA 01845**
City                State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 5 8 6 0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for NTTA**

**$61.40**

| Official Form 106E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | page ___ of ___ |
|---|---|---|

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims − Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.63  FCCI Insurance Group**

Nonpriority Creditor's Name

**P.O. Box 405563**

Number          Street

_____

**Atlanta, GA 30384**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     **2   5   0   3**

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Total claim: $15,618.61**

---

**4.64  FCCI Insurance Group**

Nonpriority Creditor's Name

**c/o Alex Miller**

**6300 University Parkway**

Number          Street

**Sarasota, FL 34240**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**     ___ ___ ___ ___

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**unknown**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.65**

**FEB Destiny**
Nonpriority Creditor's Name

**P.O. Box 4499**
Number          Street

_____

**Beaverton, OR 97076**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$577.00**

---

**4.66**

**FEB Destiny**
Nonpriority Creditor's Name

**P.O. Box 4499**
Number          Street

_____

**Beaverton, OR 97076**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**$577.00**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.67** **First Premier**

Nonpriority Creditor's Name

**3820 N Louise Ave**

Number          Street

**Sioux Falls, SD 57107**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$382.00**

**4.68** **First Premier Bank**

Nonpriority Creditor's Name

**3820 N. Louise Ave.**

Number          Street

**Sioux Falls, SD 57107**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** **5 1 7 9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

**$572.00**

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**4.69  Fora Financial Advance, LLC**
Nonpriority Creditor's Name

**519 Eighth Avenue 11th Floor**
Number          Street

**New York, NY 10018**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **2  9  5  7**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$65,691.55**

---

**4.70  Frontier Waste Solutions**
Nonpriority Creditor's Name

**P.O. Box 647019**
Number          Street

**Dallas, TX 75264**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **8  2  4  0**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**unknown**

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.71**

**Gecfleet Valvoline**

Nonpriority Creditor's Name

**3501 East US Hwy 377**

Number          Street

_____

**Granbury, TX 76049**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$214.38**

---

**4.72**

**Gilbert Environmental**

Nonpriority Creditor's Name

**1540 Boyd Rd.**

Number          Street

_____

**Granbury, TX 76048**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 1 7 3 2

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**$2,910.00**

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page ___ of ___

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.73**

**GM Financial**
Nonpriority Creditor's Name

**4001 Embarcadero Drive**
Number          Street

**Arlington, TX 76014**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2024 Chevrolet Silverado 3500

Last 4 digits of account number    **0  2  4  5**          **$84,303.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

---

**4.74**

**Granbury Chamber of Commerce**
Nonpriority Creditor's Name

**3408 East Highway 377**
Number          Street

**Granbury, TX 76049**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  8  6  1**          **$600.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify _____

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.76** **Hampel Oil**

Nonpriority Creditor's Name

**11925 CR 917**

Number                Street

_____

**Cresson, TX 76035**

City            State        ZIP Code

**Last 4 digits of account number** __ __ __ __

**Total claim: $9,293.02**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.77** **Harris & Harris**

Nonpriority Creditor's Name

**111 W. Jackson Blvd., Ste. 650**

Number                Street

_____

**Chicago, IL 60604**

City            State        ZIP Code

**Last 4 digits of account number** **4 3 4 1**

**Total claim: $38.36**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collecting for NTTA**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.78** **Harris & Harris, Ltd.**

Nonpriority Creditor's Name

**111 W. Jackson Blvd. Suite 650**

Number                Street

_____

**Chicago, IL 60604**

City            State        ZIP Code

**Last 4 digits of account number** **9 0 7 9**

**Total claim: $51.38**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

**4.79**

| Harris & Harris, Ltd. | Last 4 digits of account number | 5 6 2 7 | $61.00 |

Nonpriority Creditor's Name

**111 W. Jackson Blvd. Suite 650**

Number            Street

**When was the debt incurred?** _____

**Chicago, IL 60604**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.80**

| Harris & Harris, Ltd. | Last 4 digits of account number | 3 3 1 0 | $556.29 |

Nonpriority Creditor's Name

**111 W. Jackson Blvd. Suite 650**

Number            Street

**When was the debt incurred?** _____

**Chicago, IL 60604**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collecting for Charter Comms (Spectrum)**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.81**

| HART HVAC LLC | Last 4 digits of account number | 1 3 7 6 | $373.91 |

Nonpriority Creditor's Name

**2915 Greenlee Park Trail**

Number            Street

**When was the debt incurred?** _____

**Weatherford, TX 76088**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.82**

| Hatter & Associates, LLP | Last 4 digits of account number | __ __ __ __ | $700.00 |

Nonpriority Creditor's Name

**6500 West Freeway Suite 101**

Number            Street

**When was the debt incurred?** _____

**Fort Worth, TX 76116**

City            State            ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

❏ Other. Specify _____

**Is the claim subject to offset?**

☑ No

❏ Yes

---

| 4.83 | | |
|---|---|---|

**Holiday Inn Club Vacations Inc**

Nonpriority Creditor's Name

**8505 W. Irlo Bronson Memorial Hwy**

Number          Street

_____

**Kissimmee, FL 34747**

City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**    9   1   6   X          **$86,039.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Foreclosure** _____

---

| 4.84 | | |
|---|---|---|

**Holt Cat**

Nonpriority Creditor's Name

**P.O. Box 207916**

Number          Street

_____

**San Antonio, TX 78220**

City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**    __ __ __ __          **$2,652.13**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

❏ Other. Specify _____

---

| 4.85 | | |
|---|---|---|

**Holt Texas LTD**

Nonpriority Creditor's Name

**P.O. Box 207916**

Number          Street

_____

**San Antonio, TX 78220**

City            State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**    __ __ __ __          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

❏ Other. Specify _____

---

| 4.86 | | |
|---|---|---|

**HUE/First Savings Credit Card**

Nonpriority Creditor's Name

**P.O. Box 5019**

**Last 4 digits of account number**    9   4   1   1          **unknown**

**When was the debt incurred?** _____

Number          Street

**Sioux Falls, SD 57117**

| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.87**

**Humana**
Nonpriority Creditor's Name

**P.O. Box 4600**
Number          Street

**Carol Stream, IL 60197**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  8  0  0  1          **$590.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.88**

**Intedata Systems Inc.**
Nonpriority Creditor's Name

**113 E 5th Street**
Number          Street

**Mountain Home, AR 72653**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  2  2  0  0          **$480.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

**4.89**

**Intuit Quickbooks**
Nonpriority Creditor's Name

**2700 Coast Avenue**
Number          Street

**Mountain View, CA 94043**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Last 4 digits of account number**  __ __ __ __          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No

❑ Yes

---

| 4.90 | **IronHorse Power Services, LLC** | **Last 4 digits of account number** __9__ __1__ __4__ __8__ | **$645.81** |

Nonpriority Creditor's Name

**P.O. Box 737365**

Number          Street

**Dallas, TX 75373**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

| 4.91 | **James R. Gravley, PLLC** | **Last 4 digits of account number** __ __ __ __ | **$71,181.55** |

Nonpriority Creditor's Name

**P.O. Box 3579**

Number          Street

**Abilene, TX 79604**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify _____

**Is the claim subject to offset?**

☑ No
❑ Yes

---

| 4.92 | **John & Shawna Hunter** | **Last 4 digits of account number** __ __ __ __ | **$4,114.00** |

Nonpriority Creditor's Name

**5322 Loyola Ave.**

Number          Street

**Westminster, CA 92683**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Judgment**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** Judgement EC2500001

---

| 4.93 | **JPMCB Card** | **Last 4 digits of account number** __6__ __9__ __3__ __4__ | **$640.00** |

Nonpriority Creditor's Name

**P.O. Box 15369**

**When was the debt incurred?** _____

Number          Street

**Wilmington, DE 19850**

| City | State | ZIP Code |
|------|-------|----------|

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.94**

**KDS Water Service, LLC**

Nonpriority Creditor's Name

**P.O. Box 5813**

Number          Street

**Granbury, TX 76049**

| City | State | ZIP Code |
|------|-------|----------|

**Last 4 digits of account number**   1  1  1  3          **$667.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

---

**4.95**

**Kebo Enterprises LLC**

Nonpriority Creditor's Name

**c/o The Law Office of Mark Piland**

**1107 W. Pearl Street Suite 101**

Number          Street

**Granbury, TX 76048**

| City | State | ZIP Code |
|------|-------|----------|

**Last 4 digits of account number**   __ __ __ __          **$684,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

**Remarks:** Lawsuit C2024281

---

**4.96**

**Kebo Enterprises LLC**

Nonpriority Creditor's Name

**228 Maverick Ct.**

Number          Street

**Granbury, TX 76049**

| City | State | ZIP Code |
|------|-------|----------|

**Last 4 digits of account number**   __ __ __ __          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

---

**4.97**

**Kilpatrick, Townsend & Stockton LLP**
Nonpriority Creditor's Name

**700 Louisiana St. Suite 4300**
Number          Street

**Houston, TX 77002**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Remarks:** Lawsuit 2021-26791

**Last 4 digits of account number** ___ ___ ___ ___          **$84,165.59**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

---

**4.98**

**KP Staffing**
Nonpriority Creditor's Name

**P.O. Box 1482**
Number          Street

**Fort Worth, TX 76101**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** __4__ __8__ __2__ __7__          **$2,838.09**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
❏ Other. Specify _____

---

**4.99**

**Lake Granbury Hospital**
Nonpriority Creditor's Name

**P.O. Box 14099**
Number          Street

**Belfast, ME 04915**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number** __1__ __2__ __9__ __3__          **$794.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical**

---

**4.100**

**Lake Granbury Medical Center**
Nonpriority Creditor's Name

**1310 Paluxy Road**

**Last 4 digits of account number** __1__ __3__ __0__ __5__          **$221.51**

**When was the debt incurred?** _____

Number          Street

**Granbury, TX 76048**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

**4.101**

**LP Financial Inc.**

Nonpriority Creditor's Name

**P.O. Box 15369**

Number          Street

**Wilmington, DE 19850**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          **$3,895.31**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

---

**4.102**

**LP Financial, Inc.**

Nonpriority Creditor's Name

**2225 Eddie Williams Rd.**

Number          Street

**Johnson City, TN 37601**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __          **$3,512.18**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

---

**4.103**

**Magna Flow Environmental, Inc.**

Nonpriority Creditor's Name

**P.O. Box 60709**

Number          Street

**Houston, TX 77205**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Last 4 digits of account number   **8   4   6   0**          **$5,551.98**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

☑ No

❏ Yes

---

**4.104**

**MaintainX Inc.**

Nonpriority Creditor's Name

**382 NE 191st PL PMB 98008**

Number          Street

**Miami, FL 33179**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

| Last 4 digits of account number | 0 0 0 4 | $8,758.85 |

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

❏ Other. Specify _____

---

**4.105**

**Merrick Bank**

Nonpriority Creditor's Name

**P.O. Box 9201**

Number          Street

**Old Bethpage, NY 11804-9001**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**  __ __ __ __          **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Credit Card**

---

**4.106**

**Midland Emergency Management**

Nonpriority Creditor's Name

**P.O. Box 4031**

Number          Street

**Wyoming, PA 18644**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**  __ __ __ __          **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Medical Bill**

---

**4.107**

**NextLink Internet**

Nonpriority Creditor's Name

**P.O. Box 224704**

Number          Street

**Dallas, TX 75222**

City          State          ZIP Code

**Last 4 digits of account number**  6 6 1 8          $522.32

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

| 4.108 | | |
|---|---|---|
| **North Texas Tollway** | **Last 4 digits of account number** ___ ___ ___ ___ | **unknown** |

Nonpriority Creditor's Name

**P.O. Box 260928**

Number          Street

**Plano, TX 75026**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

---

| 4.109 | | |
|---|---|---|
| **NTTA** | **Last 4 digits of account number** 9 0 7 9 | **$96.46** |

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

---

| 4.110 | | |
|---|---|---|
| **NTTA** | **Last 4 digits of account number** 6 2 6 5 | **$2,005.98** |

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

**4.111**

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number     7   8   3   2**          **$3,121.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

---

**4.112**

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 260928**

Number          Street

**Plano, TX 75026**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number     2   9   4   7**          **$1,094.35**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

---

**4.113**

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 260928**

Number          Street

**Plano, TX 75026**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number     5   6   2   1**          **$4,896.76**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

---

**4.114**

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only

**Last 4 digits of account number     9   5   5   7**          **$974.92**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Toll Fees**

---

| 4.115 | | |
|---|---|---|

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**   5   7   3   9          **$2,236.27**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Toll Fees**

---

| 4.116 | | |
|---|---|---|

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**   u   n   t   s          **$14,174.05**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Toll Fees**

---

| 4.117 | | |
|---|---|---|

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number**   7   3   3   0          **$836.88**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Toll Fees**

---

| 4.118 | | |
|---|---|---|

**NTTA**

Nonpriority Creditor's Name

**P.O. Box 660244**

**Last 4 digits of account number**   2   7   1   5          **$1,995.07**

**When was the debt incurred?** _____

Number                Street

**Dallas, TX 75266**

| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Toll Fees**

---

**4.119**

**Oncor Electric Delivery Company LLC**
Nonpriority Creditor's Name

**c/o Anozie LLP**

**6120 Swiss Avenue #140838**
Number                Street

**Dallas, TX 75214**
City            State            ZIP Code

**Last 4 digits of account number** __ __ __ __            **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

**Remarks:** Lawsuit 2024-005597-1

---

**4.120**

**Orchard Irrigation Company**
Nonpriority Creditor's Name

**6831 Headquarters Circle**
Number                Street

**Granbury, TX 76049**
City            State            ZIP Code

**Last 4 digits of account number** 1 1 3 0            $724.67

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

**4.121**

**Payroll LLC**
Nonpriority Creditor's Name

**c/o Brad Singer Law, P.A.**

**P.O. Box 880305**
Number                Street

**Boca Raton, FL 33488**
City            State            ZIP Code

**Last 4 digits of account number** __ __ __ __            **unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Check if this claim is for a community debt

☑ Other. Specify **Notice Only**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.122**

**Personal Concepts**
Nonpriority Creditor's Name

**P.O. Box 5750**
Number          Street

**Carol Stream, IL 60197**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number   **9   5   1   8**          **$640.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

**4.123**

**Plantation Storage**
Nonpriority Creditor's Name

**7430 Fall Creek Hwy**
Number          Street

**Granbury, TX 76049**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number   __ __ __ __          **$780.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Storage Units**

---

**4.124**

**Premier Bankcard/First Premier**
Nonpriority Creditor's Name

**601 S Minnesota Ave.**
Number          Street

**Sioux Falls, SD 57104**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number   **4   4   3   1**          **$1,692.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.125**

**Premier Bankcard/First Premier**
Nonpriority Creditor's Name

**601 S Minnesota Ave.**

Last 4 digits of account number   **5   1   7   9**          **$753.00**

**When was the debt incurred?** _____

Number          Street

**Sioux Falls, SD 57104**

| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.126**

**Professional Account Management**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

**Plano, TX 75086**
City          State          ZIP Code

| Last 4 digits of account number | **3   6   7   0** | **$61.40** |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.127**

**Professional Account Management**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

**Plano, TX 75086**
City          State          ZIP Code

| Last 4 digits of account number | **1   9   1   0** | **$119.96** |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

**Is the claim subject to offset?**

☑ No
❑ Yes

---

**4.128**

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

**Plano, TX 75086**
City          State          ZIP Code

| Last 4 digits of account number | **8   0   5   0** | **$45.92** |

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

**Is the claim subject to offset?**

☑ No

❑ Yes

---

**4.129**

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

_____

**Plano, TX 75086**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number**   **7   6   7   8**          **$129.68**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collections**

---

**4.130**

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

_____

**Plano, TX 75086**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number**   **4   1   7   0**          **$81.16**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collections**

---

**4.131**

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

_____

**Plano, TX 75086**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number**   **u   n   t   s**          **$957.32**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collections**

---

**4.132**

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

_____

**Plano, TX 75086**
City          State          ZIP Code

**Last 4 digits of account number**   **4   8   1   7**          **$518.23**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collections**

---

**4.133**

**Professional Account Management, LLC**
Nonpriority Creditor's Name

**P.O. Box 863867**
Number          Street

**Plano, TX 75086**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number    **8  9  2  2**          **$325.61**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for NTTA**

---

**4.134**

**Radiology Associates of North Texas**
Nonpriority Creditor's Name

**P.O. Box 3387 Dept. 165956**
Number          Street

**Oaks, PA 19456**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number    **R  A  T  C**          **$419.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical**

---

**4.135**

**Resurgent Capital Services**
Nonpriority Creditor's Name

**P.O. Box 10497**
Number          Street

**Greenville, SC 29603**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

Last 4 digits of account number    **5  7  3  6**          **$2,913.08**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for Synchrony Bank/LVNV Funding LLC**

| 4.136 | Roadrunner Financial, Inc. | Last 4 digits of account number | 2 2 3 7 | unknown |

Nonpriority Creditor's Name

**P.O. Box 3610**

Number          Street

**Coppell, TX 75019**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Notice Only**

---

| 4.137 | Southwest Credit | Last 4 digits of account number | 7 6 6 0 | $58.08 |

Nonpriority Creditor's Name

**4120 International Pkwy Suite 1100**

Number          Street

**Carrollton, TX 75007**

City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for NTTA**

---

| 4.138 | Southwest Credit Systems | Last 4 digits of account number | 4 5 5 8 | $167.33 |

Nonpriority Creditor's Name

**P.O. Box 622001**

Number          Street

**Dallas, TX 75262-2001**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for NTTA**

---

| 4.139 | Spectrum | Last 4 digits of account number | 4 7 8 2 | $130.36 |

Nonpriority Creditor's Name

**P.O. Box 60074**

Number          Street

**City of Industry, CA 91716-0074**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Services Rendered**

**Is the claim subject to offset?**

☑ No

❏ Yes

---

**4.140**

**State Farm**

Nonpriority Creditor's Name

**514 E. Hwy 377**

Number          Street

**Granbury, TX 76048**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number   9   5   0   8**          **$2,773.49**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Insurance**

---

**4.141**

**Stealth Towing And Recovery Services LLC**

Nonpriority Creditor's Name

**P.O. Box 679**

Number          Street

**Azle, TX 76098**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number   __ __ __ __**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Services Rendered**

---

**4.142**

**Synchrony Bank/Amazon**

Nonpriority Creditor's Name

**P.O. Box 71737**

Number          Street

**Philadelphia, PA 19176**

City                State                ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Last 4 digits of account number   __ __ __ __**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Credit Card**

---

**4.143**

**Synchrony Bank/PayPal Credit**

Nonpriority Creditor's Name

**P.O. Box 71725**

**Last 4 digits of account number   0   5   5   0**          **$2,660.07**

**When was the debt incurred?** _____

Number          Street

**Philadelphia, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card**

---

| 4.144 | **Synchrony Bank/Polaris** | **Last 4 digits of account number** __ __ __ __ | **$3,117.00** |

Nonpriority Creditor's Name

**P.O. Box 71791**

Number          Street

**Philadelphia, PA 19176**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Who incurred the debt?** Check one.

❏ Debtor 1 only

❏ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

❏ Other. Specify _____

**Remarks:** Vehicle was wrecked and scrapped 2022.

---

| 4.145 | **Synergetic Communication, Inc.** | **Last 4 digits of account number** 6 6 7 1 | **$5,025.00** |

Nonpriority Creditor's Name

**P.O. Box 680608**

Number          Street

**Franklin, TN 37068**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collecting for Choctaw Casino Durant/Telecheck Services Inc.**

---

| 4.146 | **Synergetic Communication, Inc.** | **Last 4 digits of account number** 6 8 1 4 | **$5,025.00** |

Nonpriority Creditor's Name

**P.O. Box 680608**

Number          Street

**Franklin, TN 37068**

City          State          ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ **Check if this claim is for a community debt**       ☑ Other. Specify   **Collecting for Choctaw Casino Durant/Telecheck Services Inc.**

**Is the claim subject to offset?**

☑ No
❏ Yes

---

**4.147**

**Synergetic Communication, Inc.**
Nonpriority Creditor's Name

**P.O. Box 680608**
Number          Street

**Franklin, TN 37068**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**   7   3   1   3          **$5,025.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting for Choctaw Casino Durant/Telecheck Services Inc.**

---

**4.148**

**Synergetic Communication, Inc.**
Nonpriority Creditor's Name

**P.O. Box 680608**
Number          Street

**Franklin, TN 37068**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**   7   5   4   3          **$5,025.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting for Choctaw Casino Durant/Telecheck Services Inc.**

---

**4.149**

**Synergetic Communication, Inc.**
Nonpriority Creditor's Name

**P.O. Box 680608**
Number          Street

**Franklin, TN 37068**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**   6   6   7   1          **$5,025.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collecting for Choctaw Casino Durant/Telecheck Services Inc.**

---

**4.150**

**TBOM/ATLS/Aspire**
Nonpriority Creditor's Name

**P.O. Box 105555**

**Last 4 digits of account number**   __ __ __ __          **unknown**

**When was the debt incurred?**   _____

Number          Street

**Atlanta, GA 30348**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

**4.151**

**TeamHealth**

Nonpriority Creditor's Name

**Mediserv**

**6300 Ridglea Place Suite 201**

Number          Street

**Fort Worth, TX 76116**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1  6  6  5**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical Bill**

---

**4.152**

**TeamHealth**

Nonpriority Creditor's Name

**Mediserv**

**6300 Ridglea Place Suite 201**

Number          Street

**Fort Worth, TX 76116**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **7  7  0  9**          **$3,450.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

---

**4.153**

**Texas Health Fort Worth**

Nonpriority Creditor's Name

**P.O. Box 916063**

Number          Street

**Fort Worth, TX 76191-6063**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Last 4 digits of account number**   **6  5  2  3**          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**4.154**

**Texas Health Harris**

Nonpriority Creditor's Name

**Southwest Fort Worth**

**6100 Harris Pkwy**

Number          Street

**Fort Worth, TX 76132**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** __ __ __ __          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Notice Only**

---

**4.155**

**Texas Health Resources**

Nonpriority Creditor's Name

**P.O. Box 733546**

Number          Street

**Dallas, TX 75373**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 2 0 3 2          $6,260.85

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Medical**

---

**4.156**

**Texas Medicine Resources**

Nonpriority Creditor's Name

**P.O. Box 632248**

Number          Street

**Cincinnati, OH 45263**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 1 6 6 5          $439.47

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Medical**

---

**4.157**

**Texas Medicine Resources**

Nonpriority Creditor's Name

**P.O. Box 632248**

Number          Street

**Cincinnati, OH 45263**

City          State          ZIP Code

**Last 4 digits of account number** 7 7 0 9          **unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Only**

---

| 4.158 | | | |
|---|---|---|---|

**Texas Workforce Commission**
Nonpriority Creditor's Name

**Tax Department**

**P.O. Box 591**
Number          Street

**Fort Worth, TX 76101**
City          State          ZIP Code

**Last 4 digits of account number**   1  2  4  0          **$3,251.07**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify

---

| 4.159 | | | |
|---|---|---|---|

**The Lawrence Law Firm, P.C.**
Nonpriority Creditor's Name

**3016 E. Hwy 377**
Number          Street

**Granbury, TX 76049**
City          State          ZIP Code

**Last 4 digits of account number**   __ __ __ __          **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Notice Only**

---

| 4.160 | | | |
|---|---|---|---|

**The Reid Firm**
Nonpriority Creditor's Name

**c/o Steven J. Reid**

**1840 Acton Highway**
Number          Street

**Granbury, TX 76049**
City          State          ZIP Code

**Last 4 digits of account number**   __ __ __ __          **$5,328.50**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collections**

**4.161**

**Total Visa**
Nonpriority Creditor's Name

**P.O. Box 84930**
Number          Street

**Sioux Falls, SD 57118**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

| | |
|---|---|
| **Last 4 digits of account number   3   4   9   7** | **$56.25** |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.162**

**Transworld Systems Inc.**
Nonpriority Creditor's Name

**P.O. Box 15618 Dept. 860**
Number          Street

**Wilmington, DE 19850**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Remarks:** LA Services LLC

| | |
|---|---|
| **Last 4 digits of account number   3   1   5   3** | **$5,487.29** |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for Verizon Wireless**

---

**4.163**

**Transworld Systems Inc.**
Nonpriority Creditor's Name

**500 Virginia Dr. Suite 514**
Number          Street

**Fort Washington, PA 19034**
City          State          ZIP Code

**Who incurred the debt?** Check one.

❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

| | |
|---|---|
| **Last 4 digits of account number   6   9   2   0** | **$42.00** |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Collecting for NTTA**

---

**4.164**

**TSI/Transworld Systems Inc.**
Nonpriority Creditor's Name

**500 Virginia Dr. Suite 514**
Number          Street

**Fort Washington, PA 19034**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

| | |
|---|---|
| **Last 4 digits of account number   8   2   7   4** | **$20,353.69** |

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **Collections**

---

**4.165** **TxTag**

Nonpriority Creditor's Name

**P.O. Box 650749**

Number          Street

**Dallas, TX 75265-0749**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**    0    1    8    9                   $37.87

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Toll Fees**

---

**4.166** **UniFirst Holdings Corporation**

Nonpriority Creditor's Name

**c/o Davis Business Law**

**P.O. Box 346**

Number          Street

**Enid, OK 73701**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**    3    9    8    5              $112,847.97

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Unsecured**

---

**4.167** **United Cooperative Services**

Nonpriority Creditor's Name

**P.O. Box 290**

Number          Street

**Stephenville, TX 76401**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❏ Debtor 2 only
❏ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❏ Yes

**Last 4 digits of account number**    6    0    0    3                $1,988.65

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans
❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❏ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Services Rendered**

---

**4.168** **United Cooperative Services**

Nonpriority Creditor's Name

**P.O. Box 290**

**Last 4 digits of account number**    6    0    0    1                  $260.82

**When was the debt incurred?**  _____

Number          Street

**Stephenville, TX 76401**

City                State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Services Rendered**

---

**4.169**

**Verizon Business**

Nonpriority Creditor's Name

**P.O. Box 489**

Number          Street

**Newark, NJ 07101**

City                State              ZIP Code

**Last 4 digits of account number**   0   0   0   1          **$2,492.60**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Services Rendered**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.170**

**Verizon Business**

Nonpriority Creditor's Name

**P.O. Box 489**

Number          Street

**Newark, NJ 07101**

City                State              ZIP Code

**Last 4 digits of account number**   0   0   0   1          **$1,382.36**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Services Rendered**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.171**

**Verizon Connect**

Nonpriority Creditor's Name

**200 S Oakridge Dr. Suite 102**

Number          Street

**Weatherford, TX 76087**

City                State              ZIP Code

**Last 4 digits of account number**   __  __  __  __          **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Services Rendered**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

---

4.172

**Verizon Wireless**

Nonpriority Creditor's Name

**P.O. Box 650051**

Number          Street

_____

**Dallas, TX 75265**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

| Last 4 digits of account number | __ __ __ __ | $61.00 |
|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Services Rendered**

---

4.173

**Wellington State Bank**

Nonpriority Creditor's Name

**1343 N Plaza Dr.**

Number          Street

**Granbury, TX 76048**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Remarks:** 2017 Ram 3500

| Last 4 digits of account number | 4 2 1 3 | $12,017.16 |
|---|---|---|

**When was the debt incurred?**   12/28/2021

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Auto Deficiency**

---

4.174

**Wellington State Bank**

Nonpriority Creditor's Name

**1343 N Plaza Dr.**

Number          Street

**Granbury, TX 76048**

City              State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❏ Debtor 2 only

❏ Debtor 1 and Debtor 2 only

❏ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❏ Yes

**Remarks:** 2017 Ford F250 Lariat

| Last 4 digits of account number | 4 2 4 9 | $11,436.50 |
|---|---|---|

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❏ Contingent

❏ Unliquidated

❏ Disputed

**Type of NONPRIORITY unsecured claim:**

❏ Student loans

❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❏ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Auto Deficiency**

---

4.175

**West Kentucky Country Barn, LLC**

Nonpriority Creditor's Name

**P.O. Box 648**

| Last 4 digits of account number | 2 3 6 9 | $1,070.66 |
|---|---|---|

**When was the debt incurred?** _____

Number          Street

**Mayfield, KY 42066**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

| 4.176 | **Whitaker Chalk Swindle & Schwartz PLLC** | Last 4 digits of account number   **1   B   S   P** | **$2,666.00** |

Nonpriority Creditor's Name

**301 Commerce St. Suite 3500**

Number          Street

**When was the debt incurred?**

**Fort Worth, TX 76102**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

---

| 4.177 | **Winsupply Hood County TX** | Last 4 digits of account number | **$141,160.35** |

Nonpriority Creditor's Name

**143 Business Blvd.**

Number          Street

**When was the debt incurred?**

**Granbury, TX 76049**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Services Rendered**

---

| 4.178 | **Wolters Kluwer** | Last 4 digits of account number   **6   6   2   7** | **$1,026.00** |

Nonpriority Creditor's Name

**9797 Rambauer Rd. Suite 250**

Number          Street

**When was the debt incurred?**

**Coppell, TX 75019**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collections**

**Is the claim subject to offset?**

☑ No

❑ Yes

---

**4.179**

**Zip Cash**

Nonpriority Creditor's Name

**c/o North Texas Tollway Authority**

**P.O. Box 660244**

Number          Street

**Dallas, TX 75266-0244**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only

❑ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Last 4 digits of account number**   **9   7   4   7**          **$26.38**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Toll Fees**

---

**4.180**

**Zone Industries, LLC**

Nonpriority Creditor's Name

**dba Precision Pump Systems**

**3303 Cypresswood Dr.**

Number          Street

**Spring, TX 77388**

City                    State              ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

❑ Debtor 2 only

❑ Debtor 1 and Debtor 2 only

❑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

❑ Yes

**Remarks:** Lawsuit 2021-26791

**Last 4 digits of account number**   ___ ___ ___ ___          **unknown**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

❑ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Services Rendered**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

**6.**   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
**Add the amounts for each type of unsecured claim.**

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $56,141.38 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $56,141.38 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $2,929,212.10 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $2,929,212.10 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____   District of _____**Texas**_____

Case number
(if known) _____

❑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ❑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Ally Financial**<br>Name<br>**2911 Lake Vista Dr.**<br>Number          Street<br>**Lewisville, TX 75067**<br>City          State          ZIP Code | Auto Lease - 2020 Chevrolet Colorado |
| **2.2** **Ally Financial**<br>Name<br>**2911 Lake Vista Dr.**<br>Number          Street<br>**Lewisville, TX 75067**<br>City          State          ZIP Code | Auto Lease - 2022 Chevrolet Suburban |
| **2.3** **Ally Financial**<br>Name<br>**2911 Lake Vista Dr.**<br>Number          Street<br>**Lewisville, TX 75067**<br>City          State          ZIP Code | Auto Lease - 2020 Ram 3500 Chassis |
| **2.4** **Ally Financial**<br>Name<br>**2911 Lake Vista Dr.**<br>Number          Street<br>**Lewisville, TX 75067**<br>City          State          ZIP Code | Auto Lease - 2020 Ford F-350 |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

⬛ Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.5** **Ally Financial** <br> Name <br> **2911 Lake Vista Dr.** <br> Number    Street <br> **Lewisville, TX 75067** <br> City    State    ZIP Code | Auto Lease - 2022 Ram 2500 |
| **2.6** **Ally Financial** <br> Name <br> **2911 Lake Vista Dr.** <br> Number    Street <br> **Lewisville, TX 75067** <br> City    State    ZIP Code | Auto Lease - 2020 Ram 3500 |
| **2.7** **Ally Financial** <br> Name <br> **2911 Lake Vista Dr.** <br> Number    Street <br> **Lewisville, TX 75067** <br> City    State    ZIP Code | Auto Lease - 2020 Chevrolet Silverado |
| **2.8** **Ally Financial** <br> Name <br> **2911 Lake Vista Dr.** <br> Number    Street <br> **Lewisville, TX 75067** <br> City    State    ZIP Code | Auto Lease - 2021 Ram 2500 |
| **2.9** **Ally Financial** <br> Name <br> **2911 Lake Vista Dr.** <br> Number    Street <br> **Lewisville, TX 75067** <br> City    State    ZIP Code | Auto Lease - 2015 Ford F-350 |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.10** **DAM Properties LLC** <br> Name <br> **412 HCR 2200** <br> Number        Street <br> **Aquilla, TX 76622** <br> City        State        ZIP Code | Commercial Lease |
| **2.11** **Plantation Storage** <br> Name <br> **7430 Fall Creek Hwy.** <br> Number        Street <br> **Granbury, TX 76049** <br> City        State        ZIP Code | Storage Lease <br> Contract to be REJECTED |

Official Form 106G        **Schedule G: Executory Contracts and Unexpired Leases**        page __3__ of __3__

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number (if known) _____

❏ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ❏ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ❏ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   　❏ No

   　☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

   　　**Adrianne Dawn Foyt**
   　　Name of your spouse, former spouse, or legal equivalent

   　　**2700 Weatherford Hwy**
   　　Number　　　　Street

   　　**Granbury, TX 76049**
   　　City　　　　State　　　　ZIP Code

   　☑ Yes. In which community state or territory did you live? _____**Texas**_____. Fill in the name and current address of that person.

   　　**Foyt Jr, Leonard Clarence**
   　　Name of your spouse, former spouse, or legal equivalent

   　　**address unknown**
   　　Number　　　　Street

   　　_____
   　　City　　　　State　　　　ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

| | | |
|---|---|---|
| Debtor 1 | **Adrianne**     **Dawn**     **Foyt** | Case number *(if known)* _____ |
| Debtor 2 | **Leonard**     **Clarence**     **Foyt, Jr** | |
| | First Name    Middle Name    Last Name | |

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1**   **LA Services, LLC** <br> Name <br> **223 Industrial Ave.** <br> Number      Street <br> **Granbury, TX 76049** <br> City    State    ZIP Code | ☑ Schedule D, line <br> **2.1, 2.3, 2.4, 2.5, 2.6, 2.7, 2.9, 2.10, 2.11** <br><br> ☑ Schedule E/F, line <br> **2.1, 4.4, 4.5, 4.6, 4.7, 4.8, 4.9, 4.10, 4.11, 4.13, 4.14, 4.15, 4.16, 4.18, 4.19, 4.20, 4.21, 4.23, 4.25, 4.26, 4.29, 4.33, 4.34, 4.35, 4.36, 4.37, 4.41, 4.42, 4.49, 4.50, 4.51, 4.52, 4.53, 4.54, 4.55, 4.56, 4.57, 4.59, 4.61, 4.63, 4.64, 4.69, 4.70, 4.71, 4.72, 4.73, 4.74, 4.75, 4.76, 4.78, 4.79, 4.81, 4.82, 4.84, 4.85, 4.87, 4.88, 4.89, 4.91, 4.94, 4.95, 4.96, 4.97, 4.98, 4.103, 4.104, 4.107, 4.108, 4.109, 4.110, 4.111, 4.112, 4.113, 4.114, 4.115, 4.116, 4.117, 4.119, 4.122, 4.126, 4.127, 4.128, 4.129, 4.130, 4.131, 4.132, 4.138, 4.141, 4.158, 4.160, 4.164, 4.165, 4.166, 4.167, 4.168, 4.169, 4.170, 4.171, 4.173, 4.174, 4.176, 4.177, 4.178, 4.180** <br><br> ☑ Schedule G, line **2.2, 2.3, 2.4, 2.5, 2.7, 2.8, 2.10** |
| **3.2** <br> Name <br><br> Number      Street <br><br> City    State    ZIP Code | ❑ Schedule D, line _____ <br> ❑ Schedule E/F, line _____ <br> ❑ Schedule G, line _____ |

Official Form 106H      **Schedule H: Codebtors**      page **2** of **2**

Fill in this information to identify your case:

Debtor 1 __**Adrianne**__  __**Dawn**__  __**Foyt**__
First Name    Middle Name    Last Name

Debtor 2 __**Leonard**__  __**Clarence**__  __**Foyt, Jr**__
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __**Northern**__ District of __**Texas**__

Case number _____
(if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

| 1. **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ❑ Employed<br>☑ Not employed | ❑ Employed<br>☑ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | | |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | | |
| | **Employer's address** | Number    Street<br><br>City    State    ZIP Code | Number    Street<br><br>City    State    ZIP Code |
| | **How long employed there?** | | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | **$0.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$0.00** | **$0.00** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* _____ |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here**............................................................... ➔ | 4. | **$0.00** | **$0.00** |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | **$0.00** | **$0.00** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| | 5e. **Insurance** | 5e. | **$0.00** | **$0.00** |
| | 5f. **Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| | 5g. **Union dues** | 5g. | **$0.00** | **$0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h. **+** | **$0.00** + | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$0.00** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$0.00** | **$0.00** |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$0.00** |
| | 8b. **Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$3,500.00** | **$0.00** |
| | 8d. **Unemployment compensation** | 8d. | **$2,364.00** | **$0.00** |
| | 8e. **Social Security** | 8e. | **$0.00** | **$0.00** |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g. **Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| | 8h. **Other monthly income.** Specify: **Gambling Winnings** | 8h. **+** | **$0.00** + | **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$5,864.00** | **$0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$5,864.00** + | **$0.00** = **$5,864.00** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____    11. **+** _____ **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12.    **$5,864.00**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ❑ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No
      ❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ❑ No
   ☑ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Parent** | **74** | ❑ No. ☑ Yes. |
   | **Parent** | **78** | ❑ No. ☑ Yes. |
   | | | ❑ No. ❑ Yes. |
   | | | ❑ No. ❑ Yes. |
   | | | ❑ No. ❑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ❑ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | **Your expenses** |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,500.00** |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | **$0.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | **$0.00** |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | **$0.00** |
| 4d. Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

|  | Your expenses |
|---|---|
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5. $0.00 |
| 6.  **Utilities:** | |
| 6a.  Electricity, heat, natural gas | 6a. $600.00 |
| 6b.  Water, sewer, garbage collection | 6b. $0.00 |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $110.00 |
| 6d.  Other. Specify: _____ | 6d. $0.00 |
| 7.  **Food and housekeeping supplies** | 7. $1,200.00 |
| 8.  **Childcare and children's education costs** | 8. $0.00 |
| 9.  **Clothing, laundry, and dry cleaning** | 9. $100.00 |
| 10.  **Personal care products and services** | 10. $100.00 |
| 11.  **Medical and dental expenses** | 11. $25.00 |
| 12.  **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $200.00 |
| 13.  **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $0.00 |
| 14.  **Charitable contributions and religious donations** | 14. $0.00 |
| 15.  **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $0.00 |
| 15b. Health insurance | 15b. $0.00 |
| 15c. Vehicle insurance | 15c. $0.00 |
| 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $0.00 |
| 17.  **Installment or lease payments:** | |
| 17a. Car payments for Vehicle 1 | 17a. $0.00 |
| 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| 17c. Other. Specify: _____ | 17c. $0.00 |
| 17d. Other. Specify: _____ | 17d. $0.00 |
| 18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $0.00 |
| 19.  **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| 20a. Mortgages on other property | 20a. $0.00 |
| 20b. Real estate taxes | 20b. $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Official Form 106J    **Schedule J: Your Expenses**    page **2**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

21. **Other.** Specify: _____   21.   **+** _____ **$0.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.   22a. _____ **$5,835.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b. _____ **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c. _____ **$5,835.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*   23a. _____ **$5,864.00**

    23b. Copy your monthly expenses from line 22c above.   23b. **−** _____ **$5,835.00**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*   23c. _____ **$29.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                          **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................. | **$180.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................................................. | **$66,607.50** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................ | **$66,787.50** |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$1,216,827.60** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$56,141.38** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+ $2,929,212.10** |
| **Your total liabilities** | **$4,202,181.08** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................................... | **$5,864.00** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................................... | **$5,835.00** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Adrianne Dawn Foyt**            **X** **/s/ Leonard Clarence Foyt, Jr**

Adrianne Dawn Foyt, Debtor 1                Leonard Clarence Foyt, Jr, Debtor 2

Date **07/31/2025**                        Date **07/31/2025**
   MM/ DD/ YYYY                                MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     **04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| **9005 Sawgrass Ct.**<br>Number    Street | From **08/01/2024**<br>To **01/01/2025** | <br>Number    Street | From<br>To |
| **Granbury, TX 76048**<br>City          State   ZIP Code | | <br>City                State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **120 Deer Park Ct.**<br>Number    Street | From **08/01/2023**<br>To **08/01/2024** | <br>Number    Street | From<br>To |
| **Granbury, TX 76048**<br>City          State   ZIP Code | | <br>City                State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross Income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | **$0.00** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $6,510,326.86 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$159,389.20** |
| **For the calendar year before that:** (January 1 to December 31, **2023** ) YYYY | ☐ Wages, commissions, bonuses, tips ☑ Operating a business | $4,118,822.00 | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | **$137,246.80** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross Income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Unemployment** **Gambling Winnings** **Contribution from Father for Household Expenses** | $11,229.00 $29,388.32 $6,200.00 | **Unemployment** | $11,844.00 |
| **For last calendar year:** (January 1 to December 31, **2024** ) YYYY | | | | |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For the calendar year before that:**

(January 1 to December 31, __2023__ )
YYYY

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❏ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

❏ No. Go to line 7.

❏ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

❏ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____<br>Creditor's Name | _____ | _____ | _____ | ❏ Mortgage<br>❏ Car |
| _____<br>Number    Street | _____ | | | ❏ Credit card<br>❏ Loan repayment |
| _____ | _____ | | | ❏ Suppliers or vendors |
| _____<br>City         State    ZIP Code | | | | ❏ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

❏ No

☑ Yes. List all payments to an insider.

Debtor 1    **Adrianne**    **Dawn**    **Foyt**
Debtor 2    **Leonard**    **Clarence**    **Foyt, Jr**

Case number *(if known)* _____

First Name      Middle Name      Last Name

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Kelsey Denton**<br>Insider's Name<br>**911 W. Grove St.**<br>Number    Street<br>**Olney, TX 76374**<br>City         State      ZIP Code | **04/05/2025**<br><br>**04/08/2025** | **$800.00** | **$0.00** | **Kelsey lent $400.00 to Debtor 04/04/2025 while Debtor was at the Casino; 04/06/2025 - $400.00** |
| **Trey Foyt**<br>Insider's Name<br><br>Number    Street<br>**Granbury, TX**<br>City         State      ZIP Code | **02/14/2025**<br><br>**02/04/2025** | **$505.00** | **$0.00** | **Trey lent $200.00 to Debtor on 2/14/2025 while Debtor was at Casino; 01/10/2025 lent $305.00** |
| **Adrian Blake Martin**<br>Insider's Name<br><br>Number    Street<br>**Crescent, TX**<br>City         State      ZIP Code | **01/03/2025** | **$1,020.00** | **$0.00** | **Blake lent $1,000.00 to Debtor on 1/3/2025 while Debtor was at the Casino** |
| **Heath Grimley**<br>Insider's Name<br>**2708 E. Windy**<br>Number    Street<br>**Atoka, OK 74525**<br>City         State      ZIP Code | **04/05/2025**<br><br>**04/08/2025**<br><br>**04/26/2025**<br><br>**05/02/2025**<br><br>**04/19/2025** | **$1,230.00** | **$0.00** | **Heath lent $280.00.00 on 04/05/2025 while Debtor was at Casino; 04/12/2025 lent $400.00; 05/01/2025 lent $550.00** |
| **Zachary Lewis**<br>Insider's Name<br>**2108 E. Stoneridge Rd.**<br>Number    Street<br>**Atoka, OK 74525**<br>City         State      ZIP Code | **12/18/2024** | **$300.00** | **$0.00** | **Zachary lent $300.00 on 12/18/2024 while Debtor was at the Casino** |
| **Jennifer Cawthon**<br>Insider's Name<br><br>Number    Street<br>**OK**<br>City         State      ZIP Code | **06/12/2025** | **$500.00** | **$0.00** | **Jennifer lent $500.00 to Debtor on 6/7/2025 while Debtor was at Casino** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ | | | | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number  Street | | | | |
| _____ | _____ | | | |
| _____ | | | | |
| City  State  ZIP Code | | | | |

---

## Part 4:  Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Advisory Financial Services, LLC vs. LA Services, LLC, Adrianne Foyt, and Leonard Foyt, Jr.** | **Lawsuit** | **In The District Court, 355th Judicial District of Hood County, Texas** Court Name | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number | **C2025005** | | Number  Street | |
| | | | City  State  ZIP Code | |
| Case title | **DAM Properties, LLC vs. LA Services, LLC, Adrianne Foyt, and Leonard Foyt, Jr.** | **Lawsuit** | **In The District Court, 355th Judicial District of Hood County, Texas** Court Name | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number | **C2024263** | | Number  Street | |
| | | | City  State  ZIP Code | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Kebo Enterprises LLC vs. LA Services LLC** <br><br> Case number **C2024281** | **Lawsuit** | **In The District Court, 355th Judicial District of Hood County, Texas** <br> Court Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title | **Zone Industries, LLC dba Precision Pump Systems vs. LA Services, LLC and Adrianne Foyt, Individually** <br><br> Case number **2021-26791** | **Lawsuit** | **In The District Court, 295th Judicial District of Harris County, Texas** <br> Court Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City            State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case title | **Oncor Electric Delivery Company LLC vs. LA Service and John Doe** <br><br> Case number **2024-005597-1** | **Lawsuit** | **In The County Court At Law No. 1 of Tarrant County, Texas** <br> Court Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City            State      ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case title | **John Hunter; Shawna Hunter, 5322 Loyola Ave, Westminster CA 92683; 5322 Loyola Ave, Westminster, CA 92683 vs. Leonard Foyt, Adrianne Foyt, Linda G. Hooper & Adrian Hooper, 9005 Sawgraww Ct., Granbury, TX 76049** <br><br> Case number **EC2500001** | **Judgment for Plaintiff (Eviction-Bench Trial)** | **In The Justice Court, Precinct 2, Hood County, Texas** <br> Court Name <br> **1200 W. Pearl St.** <br> Number    Street <br> **Granbury, TX 76048** <br> City            State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

Debtor 1 **Adrianne      Dawn          Foyt**

Debtor 2 **Leonard       Clarence      Foyt, Jr**                          Case number *(if known)* _____

First Name     Middle Name   Last Name

| Describe the property | Date | Value of the property |
|---|---|---|
| | | |

_____

Creditor's Name

_____

Number      Street

**Explain what happened**

❏ Property was repossessed.

❏ Property was foreclosed.

_____

❏ Property was garnished.

City            State     ZIP Code

❏ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❏ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | | |

_____

Creditor's Name

_____

Number      Street

_____

City            State     ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❏ Yes

---

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

---

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | _____  | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City               State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number     Street | | | |
| _____ | | | |
| City               State     ZIP Code | | | |

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No

☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| **Gambling Losses** | | 2024 | $903,336.36 |
| **Gambling Losses** | | 2023 | $290,256.09 |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 7:** List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Machi & Associates, PC** | **Attorney's Fee; Court Filing Fee** | | |
| Person Who Was Paid | | | |
| **1521 N. Cooper Street Suite 550** | | **02/21/2025** | **$3,000.00** |
| Number     Street | | **02/21/2025** | **$338.00** |
| | | | |
| **Arlington, TX 76011** | | | |
| City             State     ZIP Code | | | |
| | | | |
| Email or website address | | | |
| **Debtor** | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Debt Education & Certification Foundation** | **Credit Counseling; Credit Counseling** | | |
| Person Who Was Paid | | **06/10/2025** | **$15.00** |
| | | **07/08/2025** | **$15.00** |
| Number     Street | | | |
| | | | |
| City             State     ZIP Code | | | |
| **www.DECAFnow.com** | | | |
| Email or website address | | | |
| **Debtor** | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | _____ | _____ |
| Number     Street | | _____ | _____ |
| | | | |
| City             State     ZIP Code | | | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No

❏ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number     Street | | | |
| City          State     ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❏ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

---

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❏ No

☑ Yes. Fill in the details.

Official Form 107                 **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                 page **10**

Debtor 1    **Adrianne          Dawn              Foyt**

Debtor 2    **Leonard          Clarence          Foyt, Jr**

　　　　　First Name          Middle Name          Last Name          Case number *(if known)* _____

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wellington State Bank**<br>Name of Financial Institution<br><br>**1343 N. Plaza**<br>Number　　Street<br><br>_____<br><br>**76048**<br>City　　State　ZIP Code | XXXX– **3**　**2**　**2**　**3** | ☑Checking<br>☐Savings<br>☐Money market<br>☐Brokerage<br>☐Other _____ | **01/2025** | **$0.69** |
| **Wellington State Bank**<br>Name of Financial Institution<br><br>**1343 N. Plaza Dr.**<br>Number　　Street<br><br>_____<br><br>**Granbury, TX 76048**<br>City　　State　ZIP Code | XXXX– **4**　**7**　**1**　**3** | ☑Checking<br>☐Savings<br>☐Money market<br>☐Brokerage<br>☐Other _____ | **01/02/2025** | **$9.00** |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No

☑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **First National Bank**<br>Name of Financial Institution<br><br>**1905 S, Morgan St.**<br>Number　　Street<br><br>_____<br><br>**Granbury, TX 76048**<br>City　　State　ZIP Code | _____<br>Name<br><br>_____<br>Number　　Street<br><br>_____<br>City　　State　ZIP Code | **Paperwork only.** | ☑No<br>☐Yes |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Adrianne        Dawn              Foyt**

Debtor 2    **Leonard          Clarence          Foyt, Jr**

Case number *(if known)*

First Name         Middle Name          Last Name

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Plantation Storage** | | **Holiday decorations, Clothes** | ☐ No |
| Name of Storage Facility | Name | | ☑ Yes |
| **7430 Fall Creek Hwy** | | | |
| Number    Street | Number    Street | | |
| | | | |
| **Granbury, TX 76049** | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

---

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | Number    Street | | |
| Number    Street | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

---

## Part 10:    Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

Debtor 1  **Adrianne  Dawn  Foyt**
Debtor 2  **Leonard  Clarence  Foyt, Jr**  Case number *(if known)* _____

First Name  Middle Name  Last Name

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

_____
Name of site

_____
Number  Street

_____

_____
City  State  ZIP Code

_____
Governmental unit

_____
Number  Street

_____
City  State  ZIP Code

_____
Date of notice

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|

_____
Name of site

_____
Number  Street

_____

_____
City  State  ZIP Code

_____
Governmental unit

_____
Number  Street

_____
City  State  ZIP Code

_____
Date of notice

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❏ Yes. Fill in the details.

| Court or agency | Nature of the case | Status of the case |
|---|---|---|

**Case title** _____

_____

_____
Case number

_____
Court Name

_____
Number  Street

_____
City  State  ZIP Code

❏ Pending
❏ On appeal
❏ Concluded

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

❏ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

❏ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

❏ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **LA Services LLC** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Water Utility/Commercial Development - Chapter 7 filed.** | EIN: **8 2 – 3 4 7 6 6 8 5** |
| **223 Industrial Ave.** | Name of accountant or bookkeeper | Dates business existed |
| Number Street | **Chad Simpkins** | From **11/17/2017** To **11/19/2024** |
| **Granbury, TX 76049** | | |
| City State ZIP Code | | |

| **Rig Gals Cleaning Service** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Cleaning Business** | EIN: __ __ – __ __ __ __ __ __ __ |
| **P.O. Box 304** | Name of accountant or bookkeeper | Dates business existed |
| Number Street | | From **2014** To **2022** |
| **Cresson, TX 76035** | | |
| City State ZIP Code | | |

| **Raker Utilities** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Business has never operated** | EIN: __ __ – __ __ __ __ __ __ __ |
| **P.O. Box 304** | Name of accountant or bookkeeper | Dates business existed |
| Number Street | | From **2023** To **present** |
| **Cresson, TX 76035** | | |
| City State ZIP Code | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

❏ Yes. Fill in the details below.

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**Date issued**

_____     _____
**Name**                          **MM / DD / YYYY**

_____
**Number     Street**

_____

_____
**City          State    ZIP Code**

---

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X**  **/s/ Adrianne Dawn Foyt**_____    **X**  **/s/ Leonard Clarence Foyt, Jr**_____
Signature of Adrianne Dawn Foyt, Debtor 1               Signature of Leonard Clarence Foyt, Jr, Debtor 2

Date **07/31/2025**_____                Date **07/31/2025**_____

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number
(if known)

❑ Check if this is an
amended filing

## Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7          **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Advisory Financial Services, LLC**<br><br>Description of property securing debt: **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | ☑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ☑ No<br>❑ Yes |
| Creditor's name: **Hood County Appraisal District**<br><br>Description of property securing debt: **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | ☑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ☑ No<br>❑ Yes |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | Case number *(if known)* |
| | First Name | Middle Name | Last Name | | |

## Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **Wellington State Bank** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Hood Central Appraisal District** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Hood Central Appraisal District** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Hood Central Appraisal District** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Hood Central Appraisal District** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wellington State Bank** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Wellington State Bank** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Additional Page for Part 1**

| Creditor's name: | **SST/Medallion** | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **GM Financial** | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2020 GMC Sierra 2500 Denali Pickup** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| Official Form 108 | **Statement of Intention for Individuals Filing Under Chapter 7** | page 3 |
|---|---|---|

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2020 Chevrolet Colorado | |
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2015 Ford F-350 | |
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2022 Chevrolet Suburban | |
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2020 Ram 3500 Chassis | |
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2020 Ford F-350 | |
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2022 Ram 2500 | |
| Lessor's name: | Ally Financial | ☑ No ☐ Yes |
| Description of leased property: | Auto Lease - 2020 Ram 3500 | |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X** **/s/ Adrianne Dawn Foyt**  
Signature of Debtor 1

**X** **/s/ Leonard Clarence Foyt, Jr**  
Signature of Debtor 2

Date **07/31/2025**  
MM/ DD/ YYYY

Date **07/31/2025**  
MM/ DD/ YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**      Foyt, Adrianne Dawn

Foyt Jr, Leonard Clarence                                    Case No. _____

**Debtor**                                                            Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................      **$3,000.00**

Prior to the filing of this statement I have received ...................................................      **$3,000.00**

Balance Due ...............................................................................................................      **$0.00**

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/31/2025** | **/s/ Daniel Sylvan Wright** |
| *Date* | Daniel Sylvan Wright |
| | *Signature of Attorney* |

Bar Number: 24037742
Machi & Associates, PC
1521 N. Cooper Street Suite 550
Arlington, TX 76011
Phone: (817) 335-8880

**Machi & Associates, PC**
*Name of law firm*

Date: **07/31/2025**                    **/s/ Adrianne Dawn Foyt**
                                        *Adrianne Dawn Foyt*

                                        **/s/ Leonard Clarence Foyt, Jr**
                                        *Leonard Clarence Foyt, Jr*

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

        ☐ No. Go to line 3.

        ☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

        ☐ No. Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes. Check any one of the following categories that applies:

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

            ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

            ☐ **I am performing a homeland defense activity for at least 90 days.**

            ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

Debtor 1     **Adrianne**     **Dawn**     **Foyt**
First Name     Middle Name     Last Name

Debtor 2     **Leonard**     **Clarence**     **Foyt, Jr**
(Spouse, if filing)     First Name     Middle Name     Last Name

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number
(if known)

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

*Statement for Foyt, Adrianne Dawn*

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here →

                                            _____         _____

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | - _____ | - _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here →

                                            _____         _____

7. **Interest, dividends, and royalties**                                           _____         _____

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

|  | Column A <br> **Debtor 1** | Column B <br> **Debtor 2 or <br> non-filing spouse** |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................. ↓

For you.......................................................................

For your spouse.....................................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.       + _____       + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

_____  +  _____  =  _____

**Total current monthly income**

---

## Part 2:   Determine Whether the Means Test Applies to You

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11...................................................................................   **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).       **x** 12

12b.   The result is your annual income for this part of the form.       12b. _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.

Fill in the number of people in your household.

Fill in the median family income for your state and size of household...............................................................................   13. _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

Debtor 1  **Adrianne**  **Dawn**  **Foyt**
Debtor 2  **Leonard**  **Clarence**  **Foyt, Jr**

First Name       Middle Name       Last Name

Case number *(if known)* _____

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X**  **/s/ Adrianne Dawn Foyt** _____

Signature of Debtor 1

Date **07/31/2025** _____
   MM/  DD/  YYYY

**X**  **/s/ Leonard Clarence Foyt, Jr** _____

Signature of Debtor 2

Date **07/31/2025** _____
   MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

☑ 1. There is no presumption of abuse.

| Debtor 2 (Spouse, if filing) | **Leonard** | **Clarence** | **Foyt, Jr** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

❑ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

United States Bankruptcy Court for the: **Northern District of Texas**

❑ 3. The Means Test does not apply now because of qualified military service but it could apply later.

Case number (if known)

❑ Check if this is an amended filing

*Statement for Foyt Jr, Leonard Clarence*

# Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

**12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

## Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ❑ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ❑ **Married and your spouse is NOT filing with you. You and your spouse are:**

   　❑ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

   　❑ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $0.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $450.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | Debtor 2 |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | $0.00 |
| Ordinary and necessary operating expenses | - $0.00 | - | $0.00 |
| Net monthly income from a business, profession, or farm | $0.00 | | $0.00 | Copy here → |

| | | Column A | Column B |
|---|---|---|---|
| | | $0.00 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | Debtor 2 |
|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | | $0.00 |
| Ordinary and necessary operating expenses | - $0.00 | - | $0.00 |
| Net monthly income from rental or other real property | $0.00 | | $0.00 | Copy here → |

| | | Column A | Column B |
|---|---|---|---|
| | | $0.00 | $0.00 |
| 7. | **Interest, dividends, and royalties** | $0.00 | $0.00 |

Debtor 1   **Adrianne**        **Dawn**          **Foyt**
           Leonard             Clarence          Foyt, Jr
Debtor 2
           First Name          Middle Name       Last Name                          Case number *(if known)* _____

|  | | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|

8. **Unemployment compensation** — $1,871.50 / $1,974.00

   Do not enter the amount if you contend that the amount received was a benefit under

   the Social Security Act. Instead, list it here: ................................................ ↓

   For you......................................................... **$0.00**

   For your spouse.............................................. **$0.00**

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — $0.00 / $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

   **Gambling Winnings** — $4,898.05 / $0.00

   _____

   Total amounts from separate pages, if any. + _____ / + _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. — $7,219.55 + $1,974.00 = $9,193.55

   **Total current monthly income**

### Part 2:  Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a.   Copy your total current monthly income from line 11...................................................... **Copy line 11 here** → **$9,193.55**

           Multiply by 12 (the number of months in a year). **X 12**

    12b.   The result is your annual income for this part of the form. — 12b. **$110,322.60**

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    Texas

    Fill in the number of people in your household.    4

    Fill in the median family income for your state and size of household.................................................... 13. **$110,719.00**
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
          Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
          Go to Part 3 and fill out Form 122A–2.

Debtor 1   **Adrianne        Dawn            Foyt**

Debtor 2   **Leonard         Clarence        Foyt, Jr**

First Name          Middle Name          Last Name

Case number *(if known)* _____

---

**Part 3:  Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** _/s/ Adrianne Dawn Foyt_____

Signature of Debtor 1

Date **07/31/2025**_____

MM/  DD/  YYYY

**X** _/s/ Leonard Clarence Foyt, Jr_____

Signature of Debtor 2

Date **07/31/2025**_____

MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Foyt, Adrianne Dawn**                                                 CASE NO
**Foyt Jr, Leonard Clarence**

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**07/31/2025**___     Signature _____**/s/ Adrianne Dawn Foyt**_____

Adrianne Dawn Foyt, Debtor

Date ___**07/31/2025**___     Signature _____**/s/ Leonard Clarence Foyt, Jr**_____

Leonard Clarence Foyt, Jr, Joint Debtor

1st Access/TBOM/VT
10182 Telesis Ct Suite 300
San Diego, CA 92121

Ability Recovery Services
P.O. Box 4262
Scranton, PA 18505

Acton Municipal Utility District
6420 Lusk Branch Ct.
Granbury, TX 76049

Adesa Dallas AA
3501 Lancaster Hutchins Rd.
Hutchins, TX 75141

Advisory Financial Services,
LLC
c/o Cantey Hanger LLP
600 West 6th Street Suite 300
Fort Worth, TX 76102

Ally Financial
P.O. Box 380903
Minneapolis, MN 55438

Ally Financial
2911 Lake Vista Dr.
Lewisville, TX 75067

Ally Financial
P.O. Box 380903
Minneapolis, MN 55438

Ally Financial
2911 Lake Vista Dr.
Lewisville, TX 75067


Anozie LLP
c/o Jourdan Jackson Dukes
6120 Swiss Avenue #140838
Dallas, TX 75214


Applied Bank
P.O. Box 17125
Wilmington, DE 19850


APSCO Supply Inc.
1208 E. Washington St.
Stephenville, TX 76401


Aqua Texas, Granbury
2304 Christine Dr.
Granbury, TX 76048


Aqua Texas, Inc.
762 W. Lancaster Avenue
Bryn Mawr, PA 19010


Aqua Texas, Inc.
1106 Clayton Lane Suite 400W
Austin, TX 78723


Asset Compliant Solutions
65 Lawrence Bell Dr.
Buffalo, NY 14221

Associated Well Services Inc.
P.O. Box 16
Stephenville, TX 76401

AT&T
P.O. Box 630047
Dallas, TX 75263

AT&T Services
P.O. Box 5093
Carol Stream, IL 60197

Bank of MO/TV
P.O. Box 84930
Sioux Falls, SD 57118

Barr Credit Services
3444 N Country Club Rd. Suite 200
Tucson, AZ 85716

Baylor Scott & White Health
P.O. Box 1123
Minneapolis, MN 55440-1123

Blue Cross Blue Shield
P.O. Box 650615
Dallas, TX 75265

Bowden & Tanner, LLC
1202 S. Morgan St.
Granbury, TX 76048

Brad Singer Law, PA
c/o Jalen Turner
P.O. Box 880305
Boca Raton, FL 33488

Breanna Strong
326 CR 323
Tuscola, TX 79562

Cantey Hanger LLP
Cantey Hanger Plaza
600 West 6th Street Suite 300
Fort Worth, TX 76102

Capital One
P.O. Box 30285
Salt Lake City, UT 84130

CareFlite
P.O. Box 660911
Dallas, TX 75266

Caterpillar Financial Services
Corp.
P.O. Box 730681
Dallas, TX 75373

Caterpillar Financial Services
Corp.
P.O. Box 340001
Nashville, TN 37203

CCS/First Savings Bank
500 E 60th St.
Sioux Falls, SD 57104

Celtic Bank/Continental
Finance
268 S. State St. Suite 300
Salt Lake City, UT 84111


Ciera Bank
623 Elm Street
Graham, TX 76450


Cintas
3450 Northern Cross Blvd.
Fort Worth, TX 76137


Colonial Life
P.O. Box 903
Columbia, SC 29202


Comenity Bank/Victoria's
Secret
P.O. Box 182789
Columbus, OH 43218


Comenity Capital/Academy
P.O. Box 182120
Columbus, OH 43218


Credit Collection Services
725 Canton Street
Norwood, MA 02062


Credit Collection Services
P.O. Box 607
Norwood, MA 02062

Credit One Bank
P.O. Box 98872
Las Vegas, NV 89193

Credit One Bank, N.A.
P.O. Box 98875
Las Vegas, NV 89193

Crowell & Associates, Inc.
P.O. Box 518
Van Alstyne, TX 75495

DAM Properties LLC
412 HCR 2200
Aquilla, TX 76622

DAM Properties, LLC
c/o The Lawrence Firm, P.C.
3016 E. Hwy 377
Granbury, TX 76049

Davis Transportation LLC
314 Glade Valley Rd.
Azle, TX 76020

Diversified Adjustment
Service, Inc.
P.O. Box 32145
Minneapolis, MN 55432

Domain Listings
P.O. Box 19607
Las Vegas, NV 89132

Donald L. Moore
800 North Industrial Blvd. Suite 106
Euless, TX 76039

Elite Recovery Service
100 N Bosque St.
Whitney, TX 76692

EmergiFire LLC
P.O. Box 181839
Dallas, TX 75228

Employee Retention Credit
c/o Brad Singer Law, PA
P.O. Box 880305
Boca Raton, FL 33488

EquipmentShare.com, Inc.
P.O. Box 650429
Dallas, TX 75265

Evergreen Power Solutions
5336 Alpha Rd.
Dallas, TX 75240

Ewing & Jones
6363 Woodway Suite 1000
Houston, TX 77057

F.H. Cann & Associates, Inc.
P.O. Box 7
North Andover, MA 01845

FCCI Insurance Group
P.O. Box 405563
Atlanta, GA 30384

FCCI Insurance Group
c/o Alex Miller
6300 University Parkway
Sarasota, FL 34240

FEB Destiny
P.O. Box 4499
Beaverton, OR 97076

First Premier
3820 N Louise Ave
Sioux Falls, SD 57107

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107

Fora Financial Advance, LLC
519 Eighth Avenue 11th Floor
New York, NY 10018

Frontier Waste Solutions
P.O. Box 647019
Dallas, TX 75264

Gecfleet Valvoline
3501 East US Hwy 377
Granbury, TX 76049

Gilbert Environmental
1540 Boyd Rd.
Granbury, TX 76048

GM Financial
4001 Embarcadero Drive
Arlington, TX 76014

GM Financial
P.O. Box 181145
Arlington, TX 76096

Granbury Chamber of
Commerce
3408 East Highway 377
Granbury, TX 76049

Greak, Shooter & Uryasz, P.C.
c/o Michael Uryasz
8008 Slide Road Suite 30
Lubbock, TX 79424

Hampel Oil
11925 CR 917
Cresson, TX 76035

Harris & Harris
111 W. Jackson Blvd., Ste. 650
Chicago, IL 60604

Harris & Harris, Ltd.
111 W. Jackson Blvd. Suite 650
Chicago, IL 60604

HART HVAC LLC
2915 Greenlee Park Trail
Weatherford, TX 76088

Hatter & Associates, LLP
6500 West Freeway Suite 101
Fort Worth, TX 76116

Holiday Inn Club Vacations
Inc
8505 W. Irlo Bronson Memorial Hwy
Kissimmee, FL 34747

Holt Cat
P.O. Box 207916
San Antonio, TX 78220

Holt Texas LTD
P.O. Box 207916
San Antonio, TX 78220

Hood Central Appraisal
District
P.O. Box 819
Granbury, TX 76048

Hood County Appraisal
District
P.O. Box 819 - 1902
Granbury, TX 76048

HUE/First Savings Credit Card
P.O. Box 5019
Sioux Falls, SD 57117

Humana
P.O. Box 4600
Carol Stream, IL 60197

Intedata Systems Inc.
113 E 5th Street
Mountain Home, AR 72653

Internal Revenue Service
Special Procedures - Insolvency
P.O. Box 7346
Philadelphia, PA 19101

Intuit Quickbooks
2700 Coast Avenue
Mountain View, CA 94043

IronHorse Power Services,
LLC
P.O. Box 737365
Dallas, TX 75373

James R. Gravley, PLLC
P.O. Box 3579
Abilene, TX 79604

John & Shawna Hunter
5322 Loyola Ave.
Westminster, CA 92683

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

KDS Water Service, LLC
P.O. Box 5813
Granbury, TX 76049

Kebo Enterprises LLC
c/o The Law Office of Mark Piland
1107 W. Pearl Street Suite 101
Granbury, TX 76048

Kebo Enterprises LLC
228 Maverick Ct.
Granbury, TX 76049

Kilpatrick, Townsend &
Stockton LLP
700 Louisiana St. Suite 4300
Houston, TX 77002

KP Staffing
P.O. Box 1482
Fort Worth, TX 76101

LA Services, LLC
223 Industrial Ave.
Granbury, TX 76049

Lake Granbury Hospital
P.O. Box 14099
Belfast, ME 04915

Lake Granbury Medical Center
1310 Paluxy Road
Granbury, TX 76048

LP Financial Inc.
P.O. Box 15369
Wilmington, DE 19850

LP Financial, Inc.
2225 Eddie Williams Rd.
Johnson City, TN 37601

Machi & Associates
1521 N. Cooper St. Suite 550
Arlington, TX 76011

Magna Flow Environmental,
Inc.
P.O. Box 60709
Houston, TX 77205

MaintainX Inc.
382 NE 191st PL PMB 98008
Miami, FL 33179

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804-9001

Midland Emergency
Management
P.O. Box 4031
Wyoming, PA 18644

William T. Neary
Office of The United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

NextLink Internet
P.O. Box 224704
Dallas, TX 75222

North Texas Tollway
P.O. Box 260928
Plano, TX 75026

NTTA
P.O. Box 660244
Dallas, TX 75266

NTTA
P.O. Box 260928
Plano, TX 75026

Office of the Attorney General
P.O. Box 12548
Austin, TX 78711

Oncor Electric Delivery
Company LLC
c/o Anozie LLP
6120 Swiss Avenue #140838
Dallas, TX 75214

Orchard Irrigation Company
6831 Headquarters Circle
Granbury, TX 76049

Payroll LLC
c/o Brad Singer Law, P.A.
P.O. Box 880305
Boca Raton, FL 33488

Personal Concepts
P.O. Box 5750
Carol Stream, IL 60197

Plantation Storage
7430 Fall Creek Hwy
Granbury, TX 76049

Plantation Storage
7430 Fall Creek Hwy.
Granbury, TX 76049

Premier Bankcard/First
Premier
601 S Minnesota Ave.
Sioux Falls, SD 57104

Professional Account
Management
P.O. Box 863867
Plano, TX 75086

Professional Account
Management, LLC
P.O. Box 863867
Plano, TX 75086

Radiology Associates of North
Texas
P.O. Box 3387 Dept. 165956
Oaks, PA 19456

Resurgent Capital Services
P.O. Box 10497
Greenville, SC 29603

Roadrunner Financial, Inc.
P.O. Box 3610
Coppell, TX 75019

Southwest Credit
4120 International Pkwy Suite 1100
Carrollton, TX 75007

Southwest Credit Systems
P.O. Box 622001
Dallas, TX 75262-2001

Spectrum
P.O. Box 60074
City of Industry, CA 91716-0074

SST/Medallion
P.O. Box 3999
Saint Joseph, MO 64503

State Farm
514 E. Hwy 377
Granbury, TX 76048

Stealth Towing And Recovery
Services LLC
P.O. Box 679
Azle, TX 76098

Synchrony Bank/Amazon
P.O. Box 71737
Philadelphia, PA 19176

Synchrony Bank/PayPal
Credit
P.O. Box 71725
Philadelphia, PA 19176

Synchrony Bank/Polaris
P.O. Box 71791
Philadelphia, PA 19176

Synergetic Communication,
Inc.
P.O. Box 680608
Franklin, TN 37068

TBOM/ATLS/Aspire
P.O. Box 105555
Atlanta, GA 30348

TeamHealth
Mediserv
6300 Ridglea Place Suite 201
Fort Worth, TX 76116

Texas Health Fort Worth
P.O. Box 916063
Fort Worth, TX 76191-6063

Texas Health Harris
Southwest Fort Worth
6100 Harris Pkwy
Fort Worth, TX 76132

Texas Health Resources
P.O. Box 733546
Dallas, TX 75373

Texas Medicine Resources
P.O. Box 632248
Cincinnati, OH 45263

Texas Workforce Commission
Tax Department
P.O. Box 591
Fort Worth, TX 76101

The Lawrence Law Firm, P.C.
3016 E. Hwy 377
Granbury, TX 76049

The Reid Firm
c/o Steven J. Reid
1840 Acton Highway
Granbury, TX 76049

Total Visa
P.O. Box 84930
Sioux Falls, SD 57118

Transworld Systems Inc.
P.O. Box 15618 Dept. 860
Wilmington, DE 19850

Transworld Systems Inc.
500 Virginia Dr. Suite 514
Fort Washington, PA 19034

TSI/Transworld Systems Inc.
500 Virginia Dr. Suite 514
Fort Washington, PA 19034

TxTag
P.O. Box 650749
Dallas, TX 75265-0749

UniFirst Holdings Corporation
c/o Davis Business Law
P.O. Box 346
Enid, OK 73701

United Cooperative Services
P.O. Box 290
Stephenville, TX 76401

United States Attorney
Office of the U.S. Atty
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Verizon Business
P.O. Box 489
Newark, NJ 07101

Verizon Connect
200 S Oakridge Dr. Suite 102
Weatherford, TX 76087

Verizon Wireless
P.O. Box 650051
Dallas, TX 75265

Wellington State Bank
1343 N Plaza Dr.
Granbury, TX 76048

West Kentucky Country Barn,
LLC
P.O. Box 648
Mayfield, KY 42066

Whitaker Chalk Swindle &
Schwartz PLLC
301 Commerce St. Suite 3500
Fort Worth, TX 76102

Winsupply Hood County TX
143 Business Blvd.
Granbury, TX 76049

Wolters Kluwer
9797 Rambauer Rd. Suite 250
Coppell, TX 75019

Zip Cash
c/o North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

Zone Industries, LLC
dba Precision Pump Systems
3303 Cypresswood Dr.
Spring, TX 77388

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

---

### Chapter 7:   Liquidation

|  |  |
|---:|:---|
| $245 | filing fee |
| $78 | administrative fee |
| **+   $15** | **trustee surcharge** |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the*Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|--------|------------|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| **+** | **$78** | **administrative fee** |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| **+** | **$78** | **administrative fee** |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms
/bankruptcy_form
s.html#procedure.

### Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy*(Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa
/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts
/Bankruptcy/
BankruptcyResources/ApprovedCredit
AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.