**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrianne** First Name | **Dawn** Middle Name | **Foyt** Last Name |
| Debtor 2 (Spouse, if filing) | **Leonard** First Name | **Clarence** Middle Name | **Foyt, Jr** Last Name |

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____

Case number   **25-42773-MXM-7**

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1**

   **(2) Burial Plots**
   Street address, if available, or other description

   **1430 4th Street**

   **Graham, TX 76450**
   City        State        ZIP Code

   **Young**
   County

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☑ Other **Burial Plots**

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $180.00 | $180.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   Source of Value: **Price Paid in 1991**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here ................ → | $180.00 |

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

Debtor  Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence                     Case number *(if known)* 25-42773-MXM-7

---

**3.1** Make: **GMC**

Model: **Sierra 2500 Denali Pickup**

Year: **2020**

Approximate mileage: _____

Other information:

> **Source of Value: JD Power**

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $53,258.00 | $53,258.00 |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**4.1** Make: _____

Model: _____

Year: _____

Other information:

> [blank]

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| | |

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................→

| |
|---|
| $53,258.00 |

---

## Part 3:  Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.** **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe ...........

> Washer, Dryer, Refrigerator, Stove, Pots, Pans, Dishes, Plates, Cups, Bowls, Silverware, Cooking utensils, Crock pots, Mixer, Kitchenware, Small Appliances, Kitchen table and (4) chairs, Home decor, Plants, Couch, (2) Chairs, Shelf, Pictures, Coffee table, Curtains, Pillows, King size bed, Full Size Bed (2) Night stands, (2) Dressers, (3) Shelves, (2) Wall mirrors, (2) Round end tables, Storage bench, Bedding, Electric blanket, Bed spread, Porch swing, Outdoor chairs, (3) End tables, Couch, Misc. household goods, tools and furnishings

$5,425.00

---

Debtor __Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence__     Case number *(if known)* __25-42773-MXM-7__

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| (2) Cell phones, (4) Televisions, Laptop computer, Printer, Misc. electronics | $1,500.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No

☐ Yes. Describe. .........

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No

☐ Yes. Describe. .........

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| 40 Pistol, 20 Gauge Shotgun | $700.00 |

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| Everyday clothes, Pants, Shorts, Shirts, Dresses, Tank tops, Sweaters, Jackets, Under garments, Boots, Wedges, Tennis shoes, Sandles, Misc. clothing and accessories | $500.00 |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| (2) Diamond wedding rings, (2) Watches, Earrings, Necklaces, (2) Diamond rings, Misc. costume jewelry | $4,000.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| | |
|---|---|
| (1) Dog | $1.00 |

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**   Case number *(if known)* **25-42773-MXM-7**

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. ...............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................... → | **$12,126.00** |

| Part 4: | **Describe Your Financial Assets** |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ...................................................................................................... Cash: ............... | **$113.00** |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ..................   Institution name:

| | | Institution name | Value |
| --- | --- | --- | --- |
| 17.1. | Checking account: | **First Financial Bank** Account Number: 8603 | $340.49 |
| 17.2. | Checking account: | **First Financial Bank** Account Number: 8539 | $600.01 |
| 17.3. | Checking account: | **First Financial Bank - Business Banking Account** Account Number: 8827 | $170.00 |
| 17.4. | Other financial account: | Cash App | $0.00 |
| 17.5. | Other financial account: | PayPal | $0.00 |
| 17.6. | Other financial account: | Venmo | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ....................   Institution or issuer name:

Debtor __Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence__      Case number *(if known)* __25-42773-MXM-7__

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

Name of entity:

**LA Services, LLC -**
**Bankruptcy Case #25-41496-MXM-7**
**Trustee is Laurie Dahl Rea**
**All Assets and Debts are in the schedules**

% of ownership:

100.00%

$0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them....................

Issuer name:

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.

Type of account:

Institution name:

401(k) or similar plan:

Pension plan:

IRA:

Retirement account:

Keogh:

Additional account:

Additional account:

Debtor __Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence_____    Case number *(if known)* __25-42773-MXM-7__

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes ..................... Institution name or individual:

| | |
|---|---|
| Electric: | |
| Gas: | |
| Heating oil: | |
| Security deposit on rental unit: | |
| Prepaid rent: | |
| Telephone: | |
| Water: | |
| Rented furniture: | |
| Other: | |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them. ....

Debtor  **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**                        Case number *(if known)* **25-42773-MXM-7**

---

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

---

27. **Licenses, franchises, and other general intangibles**

    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No

    ☐ Yes. Give specific
       information about them. ...

---

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

    ☑ No

    ☐ Yes. Give specific information about
       them, including whether you
       already filed the returns and
       the tax years. ...................

    Federal: _____

    State: _____

    Local: _____

29. **Family support**

    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
                 settlement

    ☑ No

    ☐ Yes. Give specific information. ........

    Alimony: _____

    Maintenance: _____

    Support: _____

    Divorce settlement: _____

    Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
                 Social Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes. Give specific information. ........

---

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**          Case number *(if known)* **25-42773-MXM-7**

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |
| | | |
| | | |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information ........

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information ........

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ......................................................................................→   | $1,223.50 |

---

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence**                    Case number *(if known)* **25-42773-MXM-7**

---

38. **Accounts receivable or commissions you already earned**

     ☑ No

     ☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

     *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

     ☑ No

     ☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

     ☑ No

     ☐ Yes. Describe. .........

41. **Inventory**

     ☑ No

     ☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

     ☑ No

     ☐ Yes. Describe .......

     | Name of entity: | % of ownership: | |
     | --- | --- | --- |
     | | | |
     | | | |
     | | | |

43. **Customer lists, mailing lists, or other compilations**

     ☑ No

     ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

          ☐ No

          ☐ Yes. Describe. .........

Official Form 106A/B                    **Schedule A/B: Property**                    page 9

Debtor **Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence** _____    Case number *(if known)* **25-42773-MXM-7**

---

**44.    Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
   information .........

**45.    Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** ...............................................................................................................    →    | $0.00 |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46.    Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?
> Do not deduct secured
> claims or exemptions.**

**47.    Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes ........................    _____

**48.    Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
   information. ............    _____

**49.    Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ........................    _____

**50.    Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ........................    _____

Debtor __Foyt, Adrianne Dawn; Foyt Jr, Leonard Clarence_____   Case number *(if known)* __25-42773-MXM-7_____

51. Any farm- and commercial fishing-related property you did not already list

☑ No

☐ Yes. Give specific information. ............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ................ → | $0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?

*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information. ............

| Portable Storage Building 12x40 | $13,405.00 |

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................... → | $13,405.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ......................................................................................... → | $180.00

56. Part 2: Total vehicles, line 5 | $53,258.00

57. Part 3: Total personal and household items, line 15 | $12,126.00

58. Part 4: Total financial assets, line 36 | $1,223.50

59. Part 5: Total business-related property, line 45 | $0.00

60. Part 6: Total farm- and fishing-related property, line 52 | $0.00

61. Part 7: Total other property not listed, line 54 | + $13,405.00

62. Total personal property. Add lines 56 through 61 ................ | $80,012.50   Copy personal property total → | + $80,012.50

63. Total of all property on Schedule A/B. Add line 55 + line 62 ........................................................... | $80,192.50

Fill in this information to identify your case:

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____

Case number **25-42773-MXM-7**
(if known)

☑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **(2) Burial Plots**<br>**1430 4th Street Graham, TX 76450** | $180.00 | ☑ $180.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Line from *Schedule A/B*: **1.1** | | | |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     ☐ No
     ☐ Yes

| Debtor 1 | Adrianne | Dawn | Foyt | | Case number *(if known)* 25-42773-MXM-7 |
|---|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | | |
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Washer, Dryer, Refrigerator, Stove, Pots, Pans, Dishes, Plates, Cups, Bowls, Silverware, Cooking utensils, Crock pots, Mixer, Kitchenware, Small Appliances, Kitchen table and (4) chairs, Home decor, Plants, Couch, (2) Chairs, Shelf, Pictures, Coffee table, Curtains, Pillows, King size bed, Full Size Bed (2) Night stands, (2) Dressers, (3) Shelves, (2) Wall mirrors, (2) Round end tables, Storage bench, Bedding, Electric blanket, Bed spread, Porch swing, Outdoor chairs, (3) End tables, Couch, Misc. household goods, tools and furnishings | $5,425.00 | ☑ $5,425.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from *Schedule A/B:* 6 | | | |

| Debtor 1 | Adrianne | Dawn | Foyt | | Case number (if known) 25-42773-MXM-7 |
|---|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | | |
| | First Name | Middle Name | Last Name | | |

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: | (2) Cell phones, (4) Televisions, Laptop computer, Printer, Misc. electronics | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from Schedule A/B: | 7 | | | |
| Brief description: | 40 Pistol, 20 Gauge Shotgun | $700.00 | ☑ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from Schedule A/B: | 10 | | | |
| Brief description: | Everyday clothes, Pants, Shorts, Shirts, Dresses, Tank tops, Sweaters, Jackets, Under garments, Boots, Wedges, Tennis shoes, Sandles, Misc. clothing and accessories | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from Schedule A/B: | 11 | | | |
| Brief description: | (2) Diamond wedding rings, (2) Watches, Earrings, Necklaces, (2) Diamond rings, Misc. costume jewelry | $4,000.00 | ☑ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Line from Schedule A/B: | 12 | | | |
| Brief description: | (1) Dog | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Line from Schedule A/B: | 13 | | | |
| Brief description: | Cash on Hand | $113.00 | ☑ $113.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Line from Schedule A/B: | 16 | | | |

| Debtor 1 | Adrianne | Dawn | Foyt | | Case number *(if known)* 25-42773-MXM-7 |
|---|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **First Financial Bank**<br>**Checking account**<br>**Acct. No.: 8603**<br>Line from *Schedule A/B*: 17 | $340.49 | ☑ $340.49<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Venmo**<br>**Other financial account**<br>Line from *Schedule A/B*: 17 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **PayPal**<br>**Other financial account**<br>Line from *Schedule A/B*: 17 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **First Financial Bank**<br>**Checking account**<br>**Acct. No.: 8539**<br>Line from *Schedule A/B*: 17 | $600.01 | ☑ $600.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **Cash App**<br>**Other financial account**<br>Line from *Schedule A/B*: 17 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description: **First Financial Bank - Business Banking Account**<br>**Checking account**<br>**Acct. No.: 8827**<br>Line from *Schedule A/B*: 17 | $170.00 | ☑ $170.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | Adrianne | Dawn | Foyt | Case number *(if known)* __25-42773-MXM-7__ |
|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules** | $0.00 | ☑ __$0.00__ | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B*: __19__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: **Portable Storage Building 12x40** | $13,405.00 | ☑ __$7,682.68__ | **11 U.S.C. § 522(d)(5)** |
| Line from *Schedule A/B*: __53__ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Foyt, Adrianne Dawn**                    CASE NO  **25-42773-MXM-7**

        **Foyt Jr, Leonard Clarence**                    CHAPTER  7

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 1. | Real Estate | $180.00 | $0.00 | $180.00 | $180.00 | $0.00 |
| 3. | Motor vehicle | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $5,425.00 | $0.00 | $5,425.00 | $5,425.00 | $0.00 |
| 7. | Electronics | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $700.00 | $0.00 | $700.00 | $700.00 | $0.00 |
| 11. | Clothes | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 12. | Jewelry | $4,000.00 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 13. | Nonfarm animals | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 14. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $113.00 | $0.00 | $113.00 | $113.00 | $0.00 |
| 17. | Deposits of money | $1,110.50 | $0.00 | $1,110.50 | $1,110.50 | $0.00 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    Foyt, Adrianne Dawn          CASE NO  25-42773-MXM-7

Foyt Jr, Leonard Clarence             CHAPTER 7

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)          Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Foyt, Adrianne Dawn**                                  CASE NO  **25-42773-MXM-7**

**Foyt Jr, Leonard Clarence**                          CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                  Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|----------------------|--------------------|--------------|---------------------|-------------------------|
| 53. | Other | $13,405.00 | $5,722.32 | $7,682.68 | $7,682.68 | $0.00 |
|  | **TOTALS:** | **$26,934.50** | **$5,722.32** | **$21,212.18** | **$21,212.18** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Foyt, Adrianne Dawn**                        CASE NO  **25-42773-MXM-7**

**Foyt Jr, Leonard Clarence**                    CHAPTER  7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| 2020 GMC Sierra 2500 Denali Pickup | $53,258.00 | | $53,258.00 |
| TOTALS: | $53,258.00 | $0.00 | $53,258.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $26,934.50 | $5,722.32 | $21,212.18 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Foyt, Adrianne Dawn**          CASE NO  **25-42773-MXM-7**

**Foyt Jr, Leonard Clarence**

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | $26,934.50 |
| B. Gross Property Value of Surrendered Property | $53,258.00 |
| C. Total Gross Property Value (A+B) | $80,192.50 |
| D. Gross Amount of Encumbrances (not including surrendered property) | $5,722.32 |
| E. Gross Amount of Encumbrances on Surrendered Property | $0.00 |
| F. Total Gross Encumbrances (D+E) | $5,722.32 |
| G. Total Equity (not including surrendered property) / (A-D) | $21,212.18 |
| H. Total Equity in surrendered items (B-E) | $53,258.00 |
| I. Total Equity (C-F) | $74,470.18 |
| J. Total Exemptions Claimed (Wild Card Used: $9,606.18, Available: $25,343.82) | $21,212.18 |
| K. Total Non-Exempt Property Remaining (G-J) | $0.00 |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number **25-42773-MXM-7**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____ X _____

Adrianne Dawn Foyt, Debtor 1    Leonard Clarence Foyt, Jr, Debtor 2

Date **08/27/2025**    Date **08/27/2025**
MM/ DD/ YYYY    MM/ DD/ YYYY