Fill in this information to identify your case:

| Debtor 1 | Adrianne | Dawn | Foyt |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Leonard | Clarence | Foyt, Jr |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____

Case number (if **25-42773-MXM-7**
known)

☑ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | Do not deduct the value of collateral. | | If any |

**2.1** **Advisory Financial Services, LLC**
Creditor's Name

**c/o Cantey Hanger LLP**

**600 West 6th Street Suite 300**
Number        Street

**Fort Worth, TX 76102**
City        State        ZIP Code

Describe the property that secures the claim:

**LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules**

| $560,483.48 | $0.00 | $560,483.48 |
|---|---|---|

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number ___ ___ ___ ___

**Remarks:** Lawsuit C2025005

Add the dollar value of your entries in Column A on this page. Write that number here: | **$560,483.48** |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* **25-42773-MXM-7** |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>*Do not deduct the value of collateral.* | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>*If any* |
|---|---|---|---|---|
| **2.2** | **Barn Management Group** | $5,722.32 | $13,405.00 | $0.00 |

| | |
|---|---|
| **Barn Management Group**<br>Creditor's Name | Describe the property that secures the claim: |
| **Legal and Bankruptcy Department** | **Portable Storage Building 12x40** |
| **P.O. Box 648**<br>Number     Street | As of the date you file, the claim is: Check all that apply.<br>☐ Contingent |
| **Mayfield, KY 42066**<br>City          State          ZIP Code | ☐ Unliquidated<br>☐ Disputed |

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)  _____

Date debt was incurred  _____     Last 4 digits of account number  __ __ __ __

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $5,722.32 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | Case number *(if known)* **25-42773-MXM-7** |
|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| | First Name | Middle Name | Last Name | |

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** | | | | |
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

### 2.3

| **GM Financial** | Describe the property that secures the claim: | $64,704.00 | $53,258.00 | $11,446.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 181145**

Number        Street

_____

**Arlington, TX 76096**

City        State        ZIP Code

**Describe the property that secures the claim:**

| 2020 GMC Sierra 2500 Denali Pickup |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)        _____

**Date debt was incurred**  04/18/2024        **Last 4 digits of account number**  ___ ___ ___ ___

### 2.4

| **Hood Central Appraisal District** | Describe the property that secures the claim: | $2,073.41 | $0.00 | $2,073.41 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 819**

Number        Street

_____

**Granbury, TX 76048**

City        State        ZIP Code

**Describe the property that secures the claim:**

| LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)        _____

**Date debt was incurred**  _____        **Last 4 digits of account number**  3  2  6  6

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**        | $66,777.41 |

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**        | _____ |

| Debtor 1 | Adrianne | Dawn | Foyt | | Case number *(if known)* 25-42773-MXM-7 |
|---|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |

### 2.5

**Hood Central Appraisal District**
Creditor's Name

**P.O. Box 819**
Number          Street

**Granbury, TX 76048**
City          State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:                    **$489.15**          **$0.00**          **$489.15**

| LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   2  2  0  5

### 2.6

**Hood Central Appraisal District**
Creditor's Name

**P.O. Box 819**
Number          Street

**Granbury, TX 76048**
City          State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:                    **$1,129.90**          **$0.00**          **$1,129.90**

| LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   2  2  0  6

Add the dollar value of your entries in Column A on this page. Write that number here:          **$1,619.05**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| Debtor 1 | Adrianne | Dawn | Foyt | | Case number *(if known)* 25-42773-MXM-7 |
|---|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | | |
| | First Name | Middle Name | Last Name | | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

**2.7** **Hood Central Appraisal District**
Creditor's Name

**P.O. Box 819**
Number        Street

**Granbury, TX 76048**
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim: | $3,569.43 | $0.00 | $3,569.43

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    2  2  0  4

---

**2.8** **Hood County Appraisal District**
Creditor's Name

**P.O. Box 819 - 1902**
Number        Street

**Granbury, TX 76048**
City        State        ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim: | $4,800.23 | $0.00 | $4,800.23

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number    __ __ __ __

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $8,369.66 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | |

| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | | Case number *(if known)* **25-42773-MXM-7** |
|---|---|---|---|---|---|
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.9 SST/Medallion

Creditor's Name

P.O. Box 3999

| Number | Street |
|---|---|

Saint Joseph, MO 64503

| City | State | ZIP Code |
|---|---|---|

**Describe the property that secures the claim:** | **$42,475.00** | **$0.00** | **$42,475.00**

> LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** 03/14/2020    **Last 4 digits of account number** 4 8 1 7

### 2.10 Wellington State Bank

Creditor's Name

1343 N Plaza Dr.

| Number | Street |
|---|---|

Granbury, TX 76048

| City | State | ZIP Code |
|---|---|---|

**Describe the property that secures the claim:** | **$436,801.00** | **$0.00** | **$436,801.00**

> LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred** 2/1/2022    **Last 4 digits of account number** 4 1 3 3

Add the dollar value of your entries in Column A on this page. Write that number here: **$479,276.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: _____

| Debtor 1 | Adrianne | Dawn | Foyt | | Case number *(if known)* 25-42773-MXM-7 |
|---|---|---|---|---|---|
| Debtor 2 | Leonard | Clarence | Foyt, Jr | | |
| | First Name | Middle Name | Last Name | | |

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.11** 

**Wellington State Bank**
Creditor's Name

**1343 N Plaza Dr.**
Number Street


**Granbury, TX 76048**
City State ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred **05/04/2022**

Describe the property that secures the claim: **$49,757.00** | **$0.00** | **$49,757.00**

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   4 9 2 2

**2.12**

**Wellington State Bank**
Creditor's Name

**1343 N Plaza Dr.**
Number Street


**Granbury, TX 76048**
City State ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim: **$50,545.00** | **$0.00** | **$50,545.00**

LA Services, LLC - Bankruptcy Case #25-41496-MXM-7 Trustee is Laurie Dahl Rea All Assets and Debts are in the schedules

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   5 0 3 7

Add the dollar value of your entries in Column A on this page. Write that number here: **$100,302.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: **$1,222,549.92**

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Adrianne** | **Dawn** | **Foyt** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Leonard** | **Clarence** | **Foyt, Jr** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:     **Northern District of Texas**

Case number     **25-42773-MXM-7**
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____

Adrianne Dawn Foyt, Debtor 1     Leonard Clarence Foyt, Jr, Debtor 2

Date **08/27/2025**     Date **08/27/2025**
MM/ DD/ YYYY     MM/ DD/ YYYY