Robert C. Newark, III (TX Bar No. 24040097)
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
(866)230-7236 (Telephone)
(888)316-3398 (Fax)

Attorney for Debtor, Adrianne Dawn Foyt

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-42773-MXM** |
| **Adrianne Dawn Foyt,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Robert C., Newark, III, Attorney for Debtor, Adrianne Dawn Foyt, only,, a party in interest in the above-captioned case, hereby gives notice of its appearance in said case.

Further, the above-named party in interest hereby requests that the Clerk of the above-named Court counsel for any and all Creditors, Trustee, and any other party mailing notices in this case,mail to said counsel copies of any and all notices hereinafter given in this case in accordancewith Bankruptcy Rule 2002, or otherwise.

DATED this 22nd day of April 2026.

BY: /s/Robert C. Newark, III
Robert C. Newark, III
Texas State Bar No. 24040097
1341 W. Mockingbird Ln, Ste 600W
Dallas, TX  75247
(866)230-7236
(888) 316-3398 (Facsimile No.)
robert@newarkfirm.com
Attorney for Debtors

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Motion to Reopen Case has been

served this April 22, 2026, by electronic mail or United States First Class Mail, Postage

Prepaid, to the parties listed on the Matrix on record with the Court.

BY: /s/Robert C. Newark, III
Robert C. Newark, III
Texas State Bar No. 24040097
ATTORNEY FOR DEBTOR

**DEBTOR**:
**Adrianne Dawn Foyt**
6033 Lacebark Elm Drive Fort Worth, TX 76123

**CHAPTER 7 TRUSTEE:**
John D. Spicer
900 Jackson Street
Suite 570
Dallas, TX 75202 -4425
E-mail: jdspicer@chfirm.com

**U.S. TRUSTEE**
1100 Commerce Street
Room 976
Dallas, TX 75202