Robert C. Newark, III (TX Bar No. 24040097)
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
(866)230-7236 (Telephone)
(888)316-3398 (Fax)

Attorney for Debtor, Adrianne Dawn Foyt

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-42773-MXM** |
| **Adrianne Dawn Foyt,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT DIVORCE**
**PROCEEDING AND WAIVER OF 30-DAY HEARING REQUIREMENT**

**PURSUANT TO LOCAL BANKRUPTCY RULE 4001-1(b), A RESPONSE IS REQUIRED TO THIS MOTION, OR THE ALLEGATIONS IN THE MOTION MAY BE DEEMED ADMITTED, AND AN ORDER GRANTING THE RELIEF SOUGHT MAY BE ENTERED BY DEFAULT.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. 10TH ST., FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS OF MAY 6, 2026, WHICH IS AT LEAST 14 DAYS FROM THE DATE OF SERVICE HEREOF. A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY AND ANY TRUSTEE OR EXAMINER APPOINTED IN THE CASE. ANY RESPONSE SHALL INCLUDE A DETAILED AND COMPREHENSIVE STATEMENT AS TO HOW THE MOVANT CAN BE "ADEQUATELY PROTECTED" IF THE STAY IS TO BE CONTINUED.**

Debtor Adrianne D. Foyt ("Movant") files this Motion for Relief from Automatic Stay to Permit Divorce Proceeding and Waiver of 30-Day Hearing Requirement ("Motion") and would show the Court as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 28 U.S.C. § 1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Movant filed his petition in bankruptcy under Chapter 7 on July 31, 2025.

3. Movant is prepared to commence a divorce proceeding pending in Hood County District Court in the State of Texas.

4. Movant requests that the Court modify the automatic stay to permit his divorce proceeding to proceed.

5. Movant further requests that the 30-day response period applicable to this Motion be waived.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court enter an order (i) modifying the automatic stay as requested herein; (ii) waiving the 30-day response period applicable to this Motion; and (iii) granting Movant such other relief to which Movant shows himself justly entitled.

Respectfully Submitted

BY: /s/Robert C. Newark, III
Robert C. Newark, III
Texas State Bar No. 24040097
1341 W. Mockingbird Ln, Ste 600W
Dallas, TX 75247
(866)230-7236
(888) 316-3398 (Facsimile No.)
robert@newarkfirm.com

## CERTIFICATE OF CONFERENCE

I hereby certify that undersigned attorney emailed the Chapter 7 Trustee and the Joint Debtor. Neither party responded to the email.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 22, 2026, a true and correct copy of the foregoing was served electronically via the Court's ECF system OR by U.S. first class mail, postage prepaid, on:

Leonard Foyt
P.O. Box 304
Cresson, TX 76035

and by ELECTRONIC FILING on:

John Spicer
Founders Square
900 Jackson St., Suite 560
Dallas, TX 75202-4425

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX  75242

on April 22, 2026.

BY: <u>/s/Robert C. Newark, III</u>
    Robert C. Newark, III