Robert C. Newark, III (TX Bar No. 24040097)
1341 W. Mockingbird Lane, Suite 600W
Dallas, Texas 75247
(866)230-7236 (Telephone)
(888)316-3398 (Fax)

Attorney for Debtor, Adrianne Dawn Foyt

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 25-42773-MXM** |
| **Adrianne Dawn Foyt,** | § | |
| | § | **CHAPTER 7** |
| **DEBTOR.** | § | |

## NOTICE OF HEARING

TO ALL PARTIES IN INTEREST:

This is to inform you that a hearing on the above referenced Motion has been set for hearing on May 14, 2026 at 9:30 am a.m., before the Honorable Mark X. Mullin, by WebEx video conference only using the following link: **https://us-courts.webex.com/meet/mullin**.

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

DATED April 22, 2026.

Respectfully Submitted

BY: /s/Robert C. Newark, III
Robert C. Newark, III
Texas State Bar No. 24040097
1341 W. Mockingbird Ln, Ste 600W
Dallas, TX  75247
(866)230-7236
(888) 316-3398 (Facsimile No.)
robert@newarkfirm.com

## NOTICE

**ABSENT COMPELLING CIRCUMSTANCES WARRANTING AN ALTERNATIVE PROCEDURE, EVIDENCE PRESENTED AT PRELIMINARY HEARINGS IN THE DALLAS AND FORT WORTH DIVISIONS ON MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY WILL BE BY AFFIDAVIT ONLY. THE RESPONDING PARTY SHALL SERVE EVIDENTIARY AFFIDAVITS AT LEAST 2 DAYS IN ADVANCE OF SUCH HEARING. THE FAILURE OF A RESPONDENT TO FILE AN EVIDENTIARY AFFIDAVIT, OR THE FAILURE OF AN ATTORNEY TO ATTEND A SCHEDULED AND NOTICED PRELIMINARY HEARING, SHALL BE GROUNDS FOR GRANTING THE RELIEF, REGARDLESS OF THE FILING OF A RESPONSE TO THE MOTION.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Hearing was served by FIRST CLASS MAIL, POSTAGE PREPAID on:

Leonard Foyt
P.O. Box 304
Cresson, TX 76035

and by ELECTRONIC FILING on:

John Spicer
Founders Square
900 Jackson St., Suite 560
Dallas, TX 75202-4425

Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX  75242

on April 22, 2026.

BY: /s/Robert C. Newark, III
Robert C. Newark, III

**Judge Mark X. Mullin**

**Telephonic/Video Hearing Policy**

1. **General Information**. The Court is currently providing remote access to hearings through the Court's WebEx videoconference facilities. Parties, counsel, and other parties in interest are permitted to attend and participate in hearings by telephone and videoconference without prior permission of the Court subject to compliance with the procedures and requirements set forth herein. Those who plan to actively participate in a hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link below. Those who will not be seeking to introduce any evidence at the hearing and who wish to attend in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID below.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2310-650-8783

2. **Witness Testimony**. **Witnesses may not provide testimony by telephone alone (i.e. without the WebEx video function activated)** except in extremely rare, emergency situations in which the Court determines that cause exists to waive the prohibition or where such form of testimony has been pre-authorized by the Court.

3. **Protocol for Joining Hearing; Conduct During Hearing**. Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress and the Court's telephonic and videoconference lines are live. During hearings, attendees are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings before the Court**. For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04 at: Participating in Bankruptcy Court Hearings via WebEx

4. **Exhibits**. Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment theretoso that the Court and all participants have ready access to all designated exhibits. If a party is not able to attach each exhibit as an attachment, then such party must deliver a flash drive that includes the exhibits or 2 sets of binders to the Court by no later than twenty-four (24) hours in advance of the hearing unless the hearing will be conducted in a live format and counsel will be presenting the binders to the Court at the commencement of

the hearing. For any witness that is to be called to testify remotely, the party calling the witness is responsible for supplying the witness with all designated exhibits for the hearing.

5. **Disclaimer.** The Court cannot and does not guarantee that telephonic service and computer connectivity will not be interrupted during the course of a hearing. Those who elect to participate in a hearing by remote means do so at their own risk understanding that except in extremely rare circumstances the Court will not entertain a request for continuance of the hearing based upon technological failure or any disadvantage experienced on account of an election to attend remotely instead of in person.