## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **ADRIANNE D. FOYT** | ) | **Case Number: 25-42773-mxm7** |
| **LEONARD C. FOYT, JR** | ) | |
| | ) | |
| **Debtors** | ) | **CHAPTER 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

**NOW COMES** Nicholas D. Garrard of the law firm Wilkins Patterson, P.A. and gives notice to the Court and to all parties of his appearance as counsel of record for West Kentucky Country Barns, LLC.

**REQUEST** is further made by counsel, pursuant to Fed. R. Bankr. P. 2002, that all pleadings, notices, and any other papers filed or submitted in this case be served upon undersigned counsel at the office address and email address set forth below.

RESPECTFULLY SUBMITTED,

WEST KENTUCKY COUNTRY BARNS, LLC

BY:     Wilkins Patterson, P.A.

*/s/ Nicholas D. Garrard*

Nicholas D. Garrard
Texas Bar No. 24115625
P.O. Box 1080
Ridgeland, Mississippi 39158
Telephone: (601) 366-4343
Email: ngarrard@wilkinspatterson.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on this date I served a copy of this *Entry of Appearance and Request for Notice* by filing the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsels of record as follows:

Daniel S. Wright
Machi Wright & Associates
1521 N. Cooper St.
Skymark Tower, Suite 340
Arlington, TX 76011
*Attorney for Debtors*

John Dee Spicer
*Ch. 7 Trustee*

United States Trustee

And via first-class mail:
Adrianne Foyt
PO Box 304
Cresson, TX 76035

Leonard Foyt
4003 View Point Dr.
Granbury, TX 76048

So certified this the 12th day of August, 2026.

*/s/ Nicholas D. Garrard*
Nicholas D. Garrard