United States Bankruptcy Court

Northern District of Texas

In re: Case No. 25-42773-mxm
Adrianne Dawn Foyt Chapter 7
Leonard Clarence Foyt, Jr
Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 7
Date Rcvd: Oct 02, 2026 Form ID: 318 Total Noticed: 160

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Adrianne Dawn Foyt, P.O. Box 304, Cresson, TX 76035-0304 |
| jdb | + | Leonard Clarence Foyt, Jr, 4003 View Point Dr, Granbury, TX 76048-6734 |
| cr | + | West Kentucky Country Barn LLC, c/o Wilkins Patterson, PA, PO Box 1080, Ridgeland, MS 39158, US 39158-1080 |
| 22708282 | + | Acton Municipal Utility District, 6420 Lusk Branch Ct., Granbury, TX 76049-2035 |
| 22708283 | + | Adesa Dallas AA, 3501 Lancaster Hutchins Rd., Hutchins, TX 75141-3300 |
| 22708284 | + | Advisory Financial Services, LLC, c/o Cantey Hanger LLP, 600 West 6th Street Suite 300, Fort Worth, TX 76102-3685 |
| 22708292 | + | Aqua Texas, Granbury, 2304 Christine Dr., Granbury, TX 76048-6448 |
| 22708294 | + | Aqua Texas, Inc., 1106 Clayton Lane Suite 400W, Austin, TX 78723-2476 |
| 22708293 | + | Aqua Texas, Inc., 762 W. Lancaster Avenue, Bryn Mawr, PA 19010-3402 |
| 22708296 | + | Associated Well Services Inc., P.O. Box 16, Stephenville, TX 76401-0001 |
| 22708302 | + | Blue Cross Blue Shield, P.O. Box 650615, Dallas, TX 75265-0615 |
| 22708303 | #+ | Bowden & Tanner, LLC, 1202 S. Morgan St., Granbury, TX 76048-1979 |
| 22708304 | + | Brad Singer Law, PA, c/o Jalen Turner, P.O. Box 880305, Boca Raton, FL 33488-0305 |
| 22708305 | + | Breanna Strong, 326 CR 323, Tuscola, TX 79562-2540 |
| 22708306 | + | Cantey Hanger LLP, Cantey Hanger Plaza, 600 West 6th Street Suite 300, Fort Worth, TX 76102-6898 |
| 22708308 | + | CareFlite, P.O. Box 660911, Dallas, TX 75266-0911 |
| 22708313 | + | Ciera Bank, 623 Elm Street, Graham, TX 76450-3088 |
| 22708314 | + | Cintas, 3450 Northern Cross Blvd., Fort Worth, TX 76137-3600 |
| 22708322 | + | Crowell & Associates, Inc., P.O. Box 518, Van Alstyne, TX 75495-0518 |
| 22708323 | + | DAM Properties LLC, 412 HCR 2200, Aquilla, TX 76622-2635 |
| 22708324 | | DAM Properties, LLC, c/o The Lawrence Firm, P.C., 3016 E. Hwy 377, Granbury, TX 76049 |
| 22708325 | + | Davis Transportation LLC, 314 Glade Valley Rd., Azle, TX 76020-1698 |
| 22708327 | + | Domain Listings, P.O. Box 19607, Las Vegas, NV 89132-0607 |
| 22708328 | + | Donald L. Moore, 800 North Industrial Blvd. Suite 106, Euless, TX 76039-7456 |
| 22708329 | + | Elite Recovery Service, 100 N Bosque St., Whitney, TX 76692-2725 |
| 22708330 | + | EmergiFire LLC, P.O. Box 181839, Dallas, TX 75218-8839 |
| 22708331 | + | Employee Retention Credit, c/o Brad Singer Law, PA, P.O. Box 880305, Boca Raton, FL 33488-0305 |
| 22708333 | + | Evergreen Power Solutions, 5336 Alpha Rd., Dallas, TX 75240-7309 |
| 22708334 | + | Ewing & Jones, 6363 Woodway Suite 1000, Houston, TX 77057-1759 |
| 22708336 | + | FCCI Insurance Group, P.O. Box 405563, Atlanta, GA 30384-5563 |
| 22708337 | + | FCCI Insurance Group, c/o Alex Miller, 6300 University Parkway, Sarasota, FL 34240-8424 |
| 22708341 | + | Fora Financial Advance, LLC, 519 Eighth Avenue 11th Floor, New York, NY 10018-4581 |
| 22708342 | + | Frontier Waste Solutions, P.O. Box 647019, Dallas, TX 75264-7019 |
| 22708343 | + | Gecfleet Valvoline, 3501 East US Hwy 377, Granbury, TX 76049-7421 |
| 22708344 | + | Gilbert Environmental, 1540 Boyd Rd., Granbury, TX 76049-2612 |
| 22708347 | | Granbury Chamber of Commerce, 3408 East Highway 377, Granbury, TX 76049 |
| 22708348 | + | Greak, Shooter & Uryasz, P.C., c/o Michael Uryasz, 8008 Slide Road Suite 30, Lubbock, TX 79424-2828 |
| 22708352 | + | HART HVAC LLC, 2915 Greenlee Park Trail, Weatherford, TX 76088-7842 |

| | | |
|---|---|---|
| 22708349 | + | Hampel Oil, 11925 CR 917, Cresson, TX 76035-4504 |
| 22708353 | + | Hatter & Associates, LLP, 6500 West Freeway Suite 101, Fort Worth, TX 76116-2139 |
| 22708355 | + | Holt Cat, P.O. Box 207916, San Antonio, TX 78220-7916 |
| 22708356 | + | Holt Texas LTD, P.O. Box 207916, San Antonio, TX 78220-7916 |
| 22708357 | + | Hood Central Appraisal District, P.O. Box 819, Granbury, TX 76048-0060 |
| 22708358 | + | Hood County Appraisal District, P.O. Box 819 - 1902, Granbury, TX 76048-0060 |
| 22708360 | + | Humana, P.O. Box 4600, Carol Stream, IL 60197-4600 |
| 22708361 | #+ | Intedata Systems Inc., 113 E 5th Street, Mountain Home, AR 72653-3811 |
| 22708363 | + | Intuit Quickbooks, 2700 Coast Avenue, Mountain View, CA 94043-1140 |
| 22708364 | + | IronHorse Power Services, LLC, P.O. Box 737365, Dallas, TX 75373-7365 |
| 22708365 | + | James R. Gravley, PLLC, P.O. Box 3579, Abilene, TX 79604-3579 |
| 22708366 | + | John & Shawna Hunter, 5322 Loyola Ave., Westminster, CA 92683-2727 |
| 22708368 | + | KDS Water Service, LLC, P.O. Box 5813, Granbury, TX 76049-0813 |
| 22708372 | + | KP Staffing, P.O. Box 1482, Fort Worth, TX 76101-1482 |
| 22708370 | + | Kebo Enterprises LLC, 228 Maverick Ct., Granbury, TX 76049-1490 |
| 22708369 | + | Kebo Enterprises LLC, c/o The Law Office of Mark Piland, 1107 W. Pearl Street Suite 101, Granbury, TX 76048-2054 |
| 22708371 | + | Kilpatrick, Townsend & Stockton LLP, 700 Louisiana St. Suite 4300, Houston, TX 77002-2782 |
| 22708376 | + | LP Financial Inc., P.O. Box 15369, Wilmington, DE 19850-5369 |
| 22708377 | + | LP Financial, Inc., 2225 Eddie Williams Rd., Johnson City, TN 37601-2872 |
| 22708374 | + | Lake Granbury Hospital, P.O. Box 14099, Belfast, ME 04915-4034 |
| 22708375 | + | Lake Granbury Medical Center, 1310 Paluxy Road, Granbury, TX 76048-5655 |
| 22708379 | + | Magna Flow Environmental, Inc., P.O. Box 60709, Houston, TX 77205-0709 |
| 22708380 | + | MaintainX Inc., 382 NE 191st PL PMB 98008, Miami, FL 33179-3899 |
| 22708382 | + | Midland Emergency Management, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 22708383 | + | NextLink Internet, P.O. Box 224704, Dallas, TX 75222-4704 |
| 22708389 | + | Orchard Irrigation Company, 6831 Headquarters Circle, Granbury, TX 76049-4548 |
| 22708390 | + | Payroll LLC, c/o Brad Singer Law, P.A., P.O. Box 880305, Boca Raton, FL 33488-0305 |
| 22708392 | + | Plantation Storage, 7430 Fall Creek Hwy, Granbury, TX 76049-6311 |
| 22708397 | | Radiology Associates of North Texas, P.O. Box 3387 Dept. 165956, Oaks, PA 19456 |
| 22708403 | + | SST/Medallion, P.O. Box 3999, Saint Joseph, MO 64503-0999 |
| 22708404 | + | State Farm, 514 E. Hwy 377, Granbury, TX 76048-2556 |
| 22708405 | + | Stealth Towing And Recovery Services LLC, P.O. Box 679, Azle, TX 76098-0679 |
| 22708411 | + | TeamHealth, Mediserv, 6300 Ridglea Place Suite 201, Fort Worth, TX 76116-5707 |
| 22708412 | | Texas Health Fort Worth, P.O. Box 916063, Fort Worth, TX 76191-6063 |
| 22708415 | + | Texas Medicine Resources, P.O. Box 632248, Cincinnati, OH 45263-2248 |
| 22708417 | | The Lawrence Law Firm, P.C., 3016 E. Hwy 377, Granbury, TX 76049 |
| 22708418 | + | The Reid Firm, c/o Steven J. Reid, 1840 Acton Highway, Granbury, TX 76049-5900 |
| 22708424 | + | UniFirst Holdings Corporation, c/o Davis Business Law, P.O. Box 346, Enid, OK 73702-0346 |
| 22708425 | + | United Cooperative Services, P.O. Box 290, Stephenville, TX 76401-0004 |
| 22708428 | + | Verizon Connect, 200 S Oakridge Dr. Suite 102, Weatherford, TX 76087-1794 |
| 22708430 | + | Wellington State Bank, 1343 N Plaza Dr., Granbury, TX 76048-2559 |
| 22708432 | + | Whitaker Chalk Swindle & Schwartz PLLC, 301 Commerce St. Suite 3500, Fort Worth, TX 76102-4135 |
| 22708434 | + | Winsupply Hood County TX, 143 Business Blvd., Granbury, TX 76049-5980 |
| 22708435 | + | Wolters Kluwer, 9797 Rambauer Rd. Suite 250, Coppell, TX 75019-6146 |
| 22708437 | + | Zone Industries, LLC, dba Precision Pump Systems, 3303 Cypresswood Dr., Spring, TX 77388-5827 |

TOTAL: 83

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Oct 03 2026 02:39:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 02 2026 22:48:00 | Hood CAD, C/O Sherrel K. Knighton, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219, UNITED STATES 75219-3959 |
| cr | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Oct 02 2026 22:47:00 | Systems & Services Technologies, Inc., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 22708280 | + | EDI: TCISOLUTIONS.COM | Oct 03 2026 02:39:00 | 1st Access/TBOM/VT, 10182 Telesis Ct Suite |

| | | | | |
|---|---|---|---|---|
| | | | | 300, San Diego, CA 92121-4777 |
| 22729822 | | EDI: PHINAMERI.COM | Oct 03 2026 02:39:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 22708295 | | Email/Text: bk@acs-cam.com | Oct 02 2026 22:47:00 | Asset Compliant Solutions, 65 Lawrence Bell Dr., Buffalo, NY 14221 |
| 22708297 | + | EDI: ATTWIREBK.COM | Oct 03 2026 02:38:00 | AT&T, P.O. Box 630047, Dallas, TX 75263-0047 |
| 22708298 | + | EDI: ATTWIREBK.COM | Oct 03 2026 02:38:00 | AT&T Services, P.O. Box 5093, Carol Stream, IL 60197-5093 |
| 22708281 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 02 2026 22:48:00 | Ability Recovery Services, P.O. Box 4262, Scranton, PA 18505-6262 |
| 22708285 | + | EDI: GMACFS.COM | Oct 03 2026 02:38:00 | Ally Financial, P.O. Box 380903, Minneapolis, MN 55438-0903 |
| 22708286 | + | EDI: GMACFS.COM | Oct 03 2026 02:38:00 | Ally Financial, 2911 Lake Vista Dr., Lewisville, TX 75067-3801 |
| 22737682 | ^ | MEBN | Oct 02 2026 22:40:50 | AmeriCredit Financial Services, Inc., dba GM Financial, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 22708289 | + | Email/Text: cmb@anoziellp.com | Oct 02 2026 22:47:00 | Anozie LLP, c/o Jourdan Jackson Dukes, 6120 Swiss Avenue #140838, Dallas, TX 75214-0113 |
| 22708290 | + | EDI: APPLIEDBANK.COM | Oct 03 2026 02:39:00 | Applied Bank, P.O. Box 17125, Wilmington, DE 19850-7125 |
| 22708299 | + | EDI: TCISOLUTIONS.COM | Oct 03 2026 02:39:00 | Bank of MO/TV, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 22737980 | + | Email/Text: legal@barnmanagementgroup.com | Oct 02 2026 22:47:00 | Barn Management Group, Legal & Bankruptcy Department, P.O. Box 648, Mayfield, KY 42066-0033 |
| 22708300 | + | Email/Text: bcrumpton@barrcredit.com | Oct 02 2026 22:47:00 | Barr Credit Services, 3444 N Country Club Rd. Suite 200, Tucson, AZ 85716-0815 |
| 22708301 | | Email/Text: BNCnotices@dcmservices.com | Oct 02 2026 22:47:00 | Baylor Scott & White Health, P.O. Box 1123, Minneapolis, MN 55440-1123 |
| 22708302 | ^ | MEBN | Oct 02 2026 22:42:00 | Blue Cross Blue Shield, P.O. Box 650615, Dallas, TX 75265-0615 |
| 22708310 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Oct 02 2026 22:47:00 | Caterpillar Financial Services Corp., P.O. Box 340001, Nashville, TN 37203 |
| 22708309 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | Oct 02 2026 22:47:00 | Caterpillar Financial Services Corp., P.O. Box 730681, Dallas, TX 75373 |
| 22708307 | + | EDI: CAPITALONE.COM | Oct 03 2026 02:39:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 22708312 | + | EDI: PHINGENESIS | Oct 03 2026 02:39:00 | Celtic Bank/Continental Finance, 268 S. State St. Suite 300, Salt Lake City, UT 84111-5314 |
| 22708315 | + | Email/Text: bankruptcy@unum.com | Oct 02 2026 22:47:00 | Colonial Life, P.O. Box 903, Columbia, SC 29202-0903 |
| 22708316 | + | EDI: WFNNB.COM | Oct 03 2026 02:39:00 | Comenity Bank/Victoria's Secret, P.O. Box 182789, Columbus, OH 43218-2789 |
| 22708317 | + | EDI: WFNNB.COM | Oct 03 2026 02:39:00 | Comenity Capital/Academy, P.O. Box 182120, Columbus, OH 43218-2120 |
| 22708319 | + | EDI: CCS.COM | Oct 03 2026 02:39:00 | Credit Collection Services, P.O. Box 607, Norwood, MA 02062-0607 |
| 22708318 | + | EDI: CCS.COM | Oct 03 2026 02:39:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 22708320 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Oct 02 2026 22:50:24 | Credit One Bank, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 22708321 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 02 2026 22:50:33 | Credit One Bank, N.A., P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 22708326 | ^ MEBN | Oct 02 2026 22:41:17 | Diversified Adjustment Service, Inc., P.O. Box 32145, Minneapolis, MN 55432-0145 |
| 22708332 | + Email/Text: tim.s.johnson@equipmentshare.com | Oct 02 2026 22:47:00 | EquipmentShare.com, Inc., P.O. Box 650429, Dallas, TX 75265-0429 |
| 22708335 | + Email/Text: compliance@fhcann.com | Oct 02 2026 22:47:00 | F.H. Cann & Associates, Inc., P.O. Box 7, North Andover, MA 01845-0007 |
| 22708338 | + EDI: PHINGENESIS | Oct 03 2026 02:39:00 | FEB Destiny, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 22708311 | Email/Text: BNSFS@capitalsvcs.com | Oct 02 2026 22:47:00 | CCS/First Savings Bank, 500 E 60th St., Sioux Falls, SD 57104 |
| 22708359 | Email/Text: BNSFS@capitalsvcs.com | Oct 02 2026 22:47:00 | HUE/First Savings Credit Card, P.O. Box 5019, Sioux Falls, SD 57117 |
| 22708339 | + EDI: AMINFOFP.COM | Oct 03 2026 02:39:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 22708340 | + EDI: AMINFOFP.COM | Oct 03 2026 02:39:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 22708346 | + EDI: PHINAMERI.COM | Oct 03 2026 02:39:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 22708345 | + EDI: PHINAMERI.COM | Oct 03 2026 02:39:00 | GM Financial, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| 22708350 | Email/Text: HHEBN@harriscollect.com | Oct 02 2026 22:47:00 | Harris & Harris, 111 W. Jackson Blvd., Ste. 650, Chicago, IL 60604 |
| 22708354 | + Email/Text: bankruptcy@holidayinnclub.com | Oct 02 2026 22:47:00 | Holiday Inn Club Vacations Inc, 8505 W. Irlo Bronson Memorial Hwy, Kissimmee, FL 34747-8217 |
| 22708362 | + EDI: IRS.COM | Oct 03 2026 02:39:00 | Internal Revenue Service, Special Procedures - Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 22708367 | + EDI: JPMORGANCHASE | Oct 03 2026 02:38:00 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 22708378 | ^ MEBN | Oct 02 2026 22:42:21 | Machi & Associates, 1521 N. Cooper St. Suite 550, Arlington, TX 76011-5579 |
| 22708381 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 02 2026 22:50:24 | Merrick Bank, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 22708385 | + EDI: NTXTOLWAY | Oct 03 2026 02:39:00 | NTTA, P.O. Box 660244, Dallas, TX 75266-0244 |
| 22708386 | + EDI: NTXTOLWAY | Oct 03 2026 02:39:00 | NTTA, P.O. Box 260928, Plano, TX 75026-0928 |
| 22708384 | + EDI: NTXTOLWAY | Oct 03 2026 02:39:00 | North Texas Tollway, P.O. Box 260928, Plano, TX 75026-0928 |
| 22708387 | + Email/Text: bcd@oag.texas.gov | Oct 02 2026 22:47:00 | Office of the Attorney General, P.O. Box 12548, Austin, TX 78711-2548 |
| 22708388 | + Email/Text: cmb@anoziellp.com | Oct 02 2026 22:47:00 | Oncor Electric Delivery Company LLC, c/o Anozie LLP, 6120 Swiss Avenue #140838, Dallas, TX 75214-0113 |
| 22708391 | ^ MEBN | Oct 02 2026 22:41:02 | Personal Concepts, P.O. Box 5750, Carol Stream, IL 60197-5750 |
| 22708394 | + EDI: AMINFOFP.COM | Oct 03 2026 02:39:00 | Premier Bankcard/First Premier, 601 S Minnesota Ave., Sioux Falls, SD 57104-4824 |

| | | | | |
|---|---|---|---|---|
| 22708395 | + | Email/Text: correspondence@duncansolutions.com | Oct 02 2026 22:47:00 | Professional Account Management, P.O. Box 863867, Plano, TX 75086-3867 |
| 22708398 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 22:50:26 | Resurgent Capital Services, P.O. Box 10497, Greenville, SC 29603-0497 |
| 22708399 | + | Email/Text: bk@roadrunnerfinancial.com | Oct 02 2026 22:47:00 | Roadrunner Financial, Inc., P.O. Box 3610, Coppell, TX 75019-3625 |
| 22708400 | + | Email/Text: bankruptcy@sw-credit.com | Oct 02 2026 22:48:00 | Southwest Credit, 4120 International Pkwy Suite 1100, Carrollton, TX 75007-1958 |
| 22708401 | | Email/Text: bankruptcy@sw-credit.com | Oct 02 2026 22:48:00 | Southwest Credit Systems, P.O. Box 622001, Dallas, TX 75262-2001 |
| 22708402 | | Email/Text: dl-csgbankruptcy@charter.com | Oct 02 2026 22:48:00 | Spectrum, P.O. Box 60074, City of Industry, CA 91716-0074 |
| 22708406 | + | EDI: SYNC | Oct 03 2026 02:38:00 | Synchrony Bank/Amazon, P.O. Box 71737, Philadelphia, PA 19176-1737 |
| 22708407 | + | EDI: SYNC | Oct 03 2026 02:38:00 | Synchrony Bank/PayPal Credit, P.O. Box 71725, Philadelphia, PA 19176-1725 |
| 22708408 | + | EDI: SYNC | Oct 03 2026 02:38:00 | Synchrony Bank/Polaris, P.O. Box 71791, Philadelphia, PA 19176-1791 |
| 22708409 | ^ | MEBN | Oct 02 2026 22:43:21 | Synergetic Communication, Inc., P.O. Box 680608, Franklin, TN 37068-0608 |
| 22708410 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 02 2026 22:47:00 | TBOM/ATLS/Aspire, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 22708422 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 02 2026 22:48:00 | TSI/Transworld Systems Inc., 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |
| 22708413 | + | EDI: TEXASHEALTH.COM | Oct 03 2026 02:39:00 | Texas Health Harris, Southwest Fort Worth, 6100 Harris Pkwy, Fort Worth, TX 76132-4101 |
| 22708414 | + | EDI: TEXASHEALTH.COM | Oct 03 2026 02:39:00 | Texas Health Resources, P.O. Box 733546, Dallas, TX 75373-3546 |
| 22708416 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 02 2026 22:48:00 | Texas Workforce Commission, Tax Department, P.O. Box 591, Fort Worth, TX 76101-0591 |
| 22708419 | + | EDI: TCISOLUTIONS.COM | Oct 03 2026 02:39:00 | Total Visa, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 22708421 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 02 2026 22:48:00 | Transworld Systems Inc., 500 Virginia Dr. Suite 514, Fort Washington, PA 19034-2733 |
| 22708420 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 02 2026 22:48:00 | Transworld Systems Inc., P.O. Box 15618 Dept. 860, Wilmington, DE 19850-5618 |
| 22708423 | ^ | MEBN | Oct 02 2026 22:42:02 | TxTag, P.O. Box 650749, Dallas, TX 75265-0749 |
| 22708426 | + | Email/Text: usatxn.bankruptcynotices@usdoj.gov | Oct 02 2026 22:48:00 | United States Attorney, Office of the U.S. Atty, 1100 Commerce Street, 3rd Floor, Dallas, TX 75242-1074 |
| 22708427 | + | EDI: VERIZONCOMB.COM | Oct 03 2026 02:38:00 | Verizon Business, P.O. Box 489, Newark, NJ 07101-0489 |
| 22708429 | + | EDI: VERIZONCOMB.COM | Oct 03 2026 02:38:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |
| 22708431 | + | Email/Text: legal@barnmanagementgroup.com | Oct 02 2026 22:47:00 | West Kentucky Country Barn, LLC, P.O. Box 648, Mayfield, KY 42066-0033 |
| 22708433 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 02 2026 22:47:00 | William T. Neary, Office of The United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| 22708436 | | EDI: NTXTOLWAY | Oct 03 2026 02:39:00 | Zip Cash, c/o North Texas Tollway Authority, |

P.O. Box 660244, Dallas, TX 75266-0244

TOTAL: 78

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wellington State Bank, 1343 N Plaza Drive, Granbury, Tx 76048-2559 |
| 22708287 | *+ | Ally Financial, P.O. Box 380903, Minneapolis, MN 55438-0903 |
| 22708288 | *+ | Ally Financial, 2911 Lake Vista Dr., Lewisville, TX 75067-3801 |
| 22708351 | *P++ | HARRIS & HARRIS, 111 W JACKSON BLVD STE 650, CHICAGO IL 60604-3589, address filed with court:, Harris & Harris, Ltd., 111 W. Jackson Blvd. Suite 650, Chicago, IL 60604 |
| 22708393 | *+ | Plantation Storage, 7430 Fall Creek Hwy., Granbury, TX 76049-6311 |
| 22708396 | *+ | Professional Account Management, LLC, P.O. Box 863867, Plano, TX 75086-3867 |
| 22708291 | ##+ | APSCO Supply Inc., 1208 E. Washington St., Stephenville, TX 76401-4612 |
| 22708373 | ##+ | LA Services, LLC, 223 Industrial Ave., Granbury, TX 76049-7842 |

TOTAL: 0 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Broocks Wilson | on behalf of Plaintiff Advisory Financial Services LLC mack@wilson-pllc.com |
| Chandra Dianne Pryor | on behalf of Creditor Systems & Services Technologies Inc. Chandra.Pryor@BonialPC.com, Notices.Bonial@ecf.courtdrive.com |
| Clayton Everett | on behalf of Other Professional Norred Law PLLC clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Daniel S. Wright | on behalf of Joint Debtor Leonard Clarence Foyt Jr dwright@tedmachi.com, MachiAssociatesPC@jubileebk.net;machibankpro@debtdrs.com;kpittman@tedmachi.com;kastorga@tedmachi.com |
| Daniel S. Wright | on behalf of Debtor Adrianne Dawn Foyt dwright@tedmachi.com MachiAssociatesPC@jubileebk.net;machibankpro@debtdrs.com;kpittman@tedmachi.com;kastorga@tedmachi.com |
| John Dee Spicer | trusteedocs@chfirm.com jds@trustesolutions.net |
| John Dee Spicer | on behalf of Trustee John Dee Spicer jdspicer@chfirm.com chps.ecfnotices@ecf.courtdrive.com |
| Michael Steven Uryasz | on behalf of Creditor Wellington State Bank michael@gublaw.com michelle@greaklaw.com |

| | |
|---|---|
| Nicholas Denson Garrard | on behalf of Creditor West Kentucky Country Barn LLC ngarrard@wilkinspatterson.com |
| Robert C. Newark, III | on behalf of Debtor Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com,1194330420@filings.docketbird.com |
| Robert C. Newark, III | on behalf of Defendant Adrianne Dawn Foyt texas@newarkfirm.com 1194330420@filings.docketbird.com;kelly@newarkfirm.com;brittany@newarkfirm.com,1194330420@filings.docketbird.com |
| Sherrel K. Knighton | on behalf of Creditor Hood CAD sherrel.knighton@lgbs.com Dora.Casiano-Perez@lgbs.com;Eva.Parker@lgbs.com |
| Stephen Wilcox | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial kraudry@wilcoxlaw.net, swilcox@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 14

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Adrianne Dawn Foyt<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–6466 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Leonard Clarence Foyt Jr<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–0658 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 25–42773–mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Adrianne Dawn Foyt
dba Raker Utilities, fdba Rig Gals Cleaning Service, fka Adrianne Dawn Hooper, fka Adrianne Dawn Martin, fka Adrianne Dawn Denton

Leonard Clarence Foyt Jr
aka Lenard C Foyt Jr

10/2/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**